UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Chapter 11

CINEMEX HOLDINGS USA, INC.,  Case No.: 20-bk-14696

      Debtor.
_____/

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

      Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, Debtor Cinemex Holdings USA, Inc. certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [check if applicable]

| | |
|---|---|
| Name: | Grupo Cinemex S.A. de C.V. |
| Address: | Av. Javier Barros Sierra 540, Torre 1, Piso 2 |
| | Col. Santa Fe Cuajimalpa de Morelos |
| | Ciudad de México, México, C.P. 01210 |
| | Attention:  Humberto Guillen Compean |
| Name: | Operadora de Cinemas, S.A. de C.V. |
| Address: | Av. Javier Barros Sierra 540, Torre 1, Piso 2 |
| | Col. Santa Fe Cuajimalpa de Morelos |
| | Ciudad de México, México, C.P. 01210 |
| | Attention:  Humberto Guillen Compean |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the equity security holders of Debtor Cinemex Holdings USA, Inc., which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case:

| Equity Holder | Address of Equity Holder | Number of Units | Type of Units |
|---|---|---|---|
| Grupo Cinemex S.A. de C.V. | Av. Javier Barros Sierra 540, Torre 1, Piso 2, Col. Santa Fe Cuajimalpa de Morelos Ciudad de México, México, C.P. 01210 Attention: Humberto Guillen Compean | 142,762 | Class A Common Shares |
| Operadora de Cinemas, S.A. de C.V. | Av. Javier Barros Sierra 540, Torre 1, Piso 2, Col. Santa Fe Cuajimalpa de Morelos Ciudad de México, México, C.P. 01210 Attention: Humberto Guillen Compean | 90,000 | Class B Common Shares |

I hereby declare under penalty of perjury that the foregoing Corporate Ownership Statement and List of Equity Security Holders are true and correct.

Executed on:   April 25, 2020

*/s/ José Leonardo Martí*
Signature of Individual Signing on Behalf of Debtor

José Leonardo Martí
Print Name

President
Position or Relationship with Debtor