CREDITORS'

# EXHIBIT 14

 

CONFIDENTIAL.

STRICTLY PRIVATE & CONFIDENTIAL

VIA EMAIL

January 14, 2020

Star Cinema Grill
c/o PJ Solomon, L.P.
Attention: Richard S. Brail
RBrail a pjsolomon.com

*Ref: Non-Binding Offer*

Dear Richard,

This non-binding offer (the "**Non-Binding Offer**" or "**Offer**") is being issued accordingly to the information presented and shared by S.C.G.W. Inc., S.C.G.C. Inc., S.C.G.M. Inc., SCG-AH Inc., SCG-N Inc., SCG-B Inc., SCG-CS Inc., SCGK Inc., SCG-SW Inc., SCG-VP Inc., SCG-WB, LLC, SCG-WR, LLC, and SCG-MT Inc., (the "**Company**" or "**you**") through PJ Solomon, L.P. (the "**Seller**"), on one hand, and Cinemex Holdings USA, Inc. ("**CMX**" or "**we**"), on the other hand, regarding the POTENTIAL acquisition by CMX of any and all rights, licenses, permits and/or contracts constituting the business of leasing, managing or operating motion picture theaters with on-site food and beverage services, as currently leased, operated and managed by the Company and its subsidiaries and affiliates (the "**Business**").

This Offer sets out the principal terms and conditions on which we would be prepared to undertake a transaction to acquire the Business (the "**Proposed Transaction**") from the Company. This Offer is non-binding and is subject to negotiation, drafting and execution of definitive documentation providing for the Proposed Transaction, on terms and conditions customary for this type of transaction.

We have devoted substantial time to our analysis of the Business and we will be glad to review all of the information that shall be furnished to the selected parties for the second phase of the process.

(i) Purchase Price

Based upon our analysis of the Confidential Information Memorandum (the "**CIM**") that you and your representatives have provided, and conversations among our teams to date, CMX is prepared to acquire 100% of the Business, including without limitation all contracts and other tangible and intangible assets used in connection with the operation of the Star Cinema Grill theaters, at an implied aggregate valuation of US$87,524,510 dollars (eighty seven million five hundred twenty four thousand and five hundred ten U.S. dollars.

Our valuation assumes that the Business is acquired on a "*debt-free and cash-free*" basis with a normalized level of working capital.

KHAN EXHIBIT "2"

KHAN 00695



**CONFIDENTIAL**

Within a reasonable period of time following closing of the Proposed Transaction, CMX expects to cooperate with management of the Company and representatives of the Seller to complete customary post-closing adjustments for working capital items.

(ii)     Purchaser and Business Rationale

Grupo Cinemex, S.A. de C.V. ("**Cinemex**"), the parent of CMX, has been in operation for more than 25 years and is one of the top ten cinema chains globally. Cinemex operates more than 330 theaters and 2,900 screens across Mexico. Under the CMX brand, Cinemex now operates 39 theaters and 408 screens in the United States and is dedicated to becoming a leading theater chain in the United States. CMX is in advanced stages of development of three additional theater complexes and 27 screens in the United States. Cinemex operates its theaters under seven unique formats: traditional, higher-end (expanded food menu and wider and more comfortable seats), Platino (full recliners/dine-in), 3D, X4D (MediaMation technology), CinemeXtremo (PLF with Atmos Sound System), Palco Cinemex (chaise lounge sofas) and CineBistro (in-theater dining and luxurious reclining love seats). In addition to feature films, Cinemex theaters offer customers a variety of alternative content options including exhibitions of ballet and opera performances, NFL games, Champions League soccer matches and other public events and performances. Cinemex is focused on developing full family entertainment offerings. To that end, in addition to movie theaters, Cinemex offers boutique bowling, through its "Alboa" brand, and electronic gaming, through its "Arena" brand. Cinemex currently operates fifteen Alboa boutique bowling alleys with more than 150 lanes across Mexico and ten Arena locations. Cinemex also has several new Alboa and Arena locations under construction and expects to reach a number of at least 17 Arena locations and 19 Alboa locations during 2020. Cinemex has focused on strategic growth since its founding in 1994, having undertaken opportunistic acquisitions both big and small since that time. In 2008 alone, in three separate transactions, Cinemex's parent company acquired 144 theaters with a total of 1,335 screens in deals with aggregate value of more than US$485 million. In 2012, Cinemex acquired 14 theaters with 140 screens, and in 2013, Cinemex acquired Cinemark Mexico in a complex transaction that added 31 theaters and 290 screens to its suite of movie offerings. From 2010 to 2016, Cinemex's organic growth was reflected in the opening of 109 theaters with a total of 789 screens. In 2017, Cinemex opened its first theater in the United States at Brickell City Centre in Miami, Florida. Also in 2017, Cinemex acquired four "Paragon" theaters and substantially all of the assets of the "Cobb Theaters," a well-known movie theater chain with 25 operating theaters. In 2018, Cinemex opened its first New York City outpost. Cinemex fully renovated a six-story existing theater in New York City's Upper East Side featuring a vertical layout with 45,500 sq. feet of theater space containing two auditoriums in each level and immersive bars in the common areas. Cinemex's history of acquisitions in Mexico demonstrates its continued focus on strategic investment opportunities to achieve shareholder growth expectations. Today CMX is the seventh largest movie theater chain in the United States and Grupo Cinemex is among the top ten cinema chains worldwide. Cinemex's strategic objective is to expand its operations in the United States through the same combination of organic growth and acquisitions that it has implemented in Mexico.

We are confident that Star Cinema Grill is a perfect fit for CMX's growth strategy and CMX is a perfect fit for Star Cinema Grill stakeholders. Star Cinema Grill matches perfectly CMX's current business model and expansion plans into Texas in the United States. On the other side we think CMX is the perfect match for Star Cinema Grill stakeholders given its proven track record of

KHAN 00696

 

**CONFIDENTIAL**

growth through acquisitions, and success in integrating five theater companies in Mexico (two of which were acquired from U.S. companies – AMC and Cinemark), as well as the Paragon and Cobb theaters in the United States.

(iii) Financing

The Proposed Transaction will be funded with a combination of cash-on-hand and new equity capital provided by Empresarios Industriales de México, S.A. de C.V. ("EIM"), CMX's ultimate controlling shareholder, or one or more of its entertainment related affiliates. The purchaser under the APA will be CMX, a corporation organized under the laws of Delaware, whether directly or indirectly through one or more of its affiliates or subsidiaries, to be determine by CMX in its sole discretion.

We would be happy to discuss with you in detail the financing terms of this Offer.

(iv) Regulatory

Up to this point we do not envision any material regulatory matters to arise in the United States in connection with the Proposed Transaction.

(v) Due Diligence

In order for CMX to present a definitive proposal for the acquisition of the Business, a formal Due Diligence shall be performed by us, in which case we will require several key documents to properly analyze the Proposed Transaction, such as:

1. All corporate information to verify that the Company has been dully incorporated, as well as a corporate chart
2. The lease agreements for all operating movie theatres
3. Any LOIs or development agreements
4. All of the Operating Leases for each theater location
5. Any and all executed leases for theaters that are not yet operating or are under construction
6. Employee/Labor Agreements
7. All Liquor Licenses and Permits and any additional information on how they are managed.
8. Any concession agreements
9. Health Inspections
10. All insurance policies
11. Payroll and Taxes information
12. Monthly P&L for each location for the past 48 months, in Excel
13. Database for the past 24 months of operation of each theater location, that includes for each day: Date, Attendance, FOH Man-hours staffed, BOH Man-hours staffed
14. All vendor agreements for the operation of all theatres
15. Any other real estate, human resources, operating-related agreement that the Company knows it is a key to the Proposed Transaction

3

KHAN 00697

 

**CONFIDENTIAL**

Please be advised that the information that will be needed to properly conduct a Due Diligence is in no way limited to this list.

(vi) Approvals/Authorization

The Proposed Transaction has been subject to extensive internal discussions and review within CMX, and all required shareholders and board level approvals have been duly obtained.

Execution of definitive agreements (including the APA) would require customary final approval of CMX's shareholders and board once the final terms of the Proposed Transaction have been agreed and fully negotiated.

(vii) Offer Expiration

This Offer will remain in effect through 12:00 pm New York City time on February 14, 2020 (the "Termination Date"), unless extended or terminated in writing by CMX prior to acceptance by the undersigned. This Offer will automatically terminate and be of no further force and effect upon the earlier of (a) the execution of definitive agreements with respect to the transactions contemplated hereby, (b) the mutual written agreement of CMX and the Company to terminate this Offer and (c) the Termination Date.

(viii) Contact

José Leonardo Martí Cotarelo
Chief Executive Officer
Phone: +1.786.482.7097
Email: joselm@cinemex.net

(ix) Timing.

CMX expects to conduct and substantially complete its material due diligence within 45 (forty-five) days after the documents subject to this review and previously requested from the Company and their respective affiliates are made available in the online data room established by the Company.

(x) Other Terms and Conditions

CMX expects that if any of the licenses held by the Company or its affiliates for the sale and consumption of alcohol at any of the theaters cannot be transferred or replaced prior to or as a condition to the closing of the Proposed Transaction, the Company or its affiliates and CMX will enter into an arrangement to allow the continued sale of alcohol at such theaters post-closing under the liquor licenses held by Company or its affiliates as of the date of the APA (to the extent permitted by applicable law), pending transfer or replacement of such licenses. Such arrangements will be a condition to closing of the Proposed Transaction.

 

**CONFIDENTIAL**

In case there are any pending litigations, the Company shall cover all legal fees and expenses until the matter is settled or resolved in its entirety.

a. *Confidentiality.* Due to the sensitive nature of the information included herein, this Non-Binding Offer and its contents are confidential and may not be disclosed to any third party. We note that we executed a confidentiality agreement with the Company on December 17, 2019, which remains in full force, and are submitting this Offer based on the understanding that no person shall disclose the existence of such Offer, the terms and conditions herein or CMX's identity as a potential participant, as contemplated in our existing mutual confidentiality obligations.

c. *Expenses.* Each of the parties hereto will bear and pay its own taxes, costs and expenses incurred by it with respect to the Proposed Transaction and all investigations and proceedings in connection therewith, including, without limitation, fees and expenses of their respective counsel, accountants and investment advisors.

d. *Legal Effect.* This Offer is a statement of interest only, is not binding upon any person and has no legal effect whatsoever. Neither this Offer nor our execution thereof shall constitute an obligation or commitment whatsoever to negotiate with you, in good faith or otherwise, to continue discussions at any time, to enter into a definitive agreement by virtue of this Offer or any other written or oral expression with respect to the transaction proposed herein, or give any rights or claims in the event any party for any reason terminates negotiations to effect the transaction. All obligations or commitments to proceed with the transaction shall be contained only in the Definitive Agreements.

e. *Applicable Law; Jurisdiction.* This Non-Binding Offer shall be governed by and construed in accordance with New York law. All disputes arising out of or in connection with this Offer shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce by three arbitrators appointed in accordance with the said Rules. The place of arbitration shall be New York, USA.

f. *Counterparts.* This Offer may be executed in counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one agreement.

We firmly believe that our Offer presents a compelling value proposition and ensures certainty of closing and expedited execution to closing. We can confirm that we have obtained internal approvals at the highest levels within our group to submit this Offer.

CINEMEX HOLDINGS USA, INC.

By: _____
Name: José Leonardo Martí Cotarelo
Title: Chief Executive Officer

5

KHAN 00699