UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CINEMEX HOLDINGS USA, INC.,

Chapter 11
Case No. 20-14696-LMI

Debtor.
_____/

**GUC CLAIMS TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS**
**(Amended and Superseded Claims)**

> **IMPORTANT NOTICE TO CREDITOR:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. If the objection seeks to disallow your claim as a duplicate, it seeks to disallow only the claim(s) objected to in this objection, and not to any other claims that are not referred to in this objection. However, any other claims not referred to in this objection may be subject to objection on any subsequently filed objections to claims.
>
> If you disagree with the objection or the recommended treatment, you **must** file a written response WITHIN 30 DAYS from the date of service of this objection (June 17, 2021), explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney for the GUC Claims Trust, Brian Rich, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.
>
> The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

The GUC Claims Trust, by and through undersigned counsel, pursuant to Federal Rule of

Bankruptcy Procedure 3007, Local Rule and 3007-1, and the *Order Granting Ex Parte Motion of*

*GUC Claims Trust (I) to Add Claim Objection Categories to Omnibus Objections; and (II) to Waive Requirements of Local Rule 3007-1(C) That Objection Be Limited to Five Claims Per Pleading* [ECF No. 41], hereby files this omnibus objection (the "Objection") to the claims listed on the attached **Exhibit "A"** (collectively, the "Claims"), as follows:

> **Exhibit "A": Amended and Superseded Claims**: The GUC Claims Trust objects to the Claims set forth on the attached Exhibit "A" as they have been amended and superseded by other claims filed by the same claimant in these cases. As a result, the GUC Claims Trust seeks to disallow the Claims set forth in the column entitled "Amended Claim to be Disallowed on the attached Exhibit "A".

The GUC Claims Trust requests that the Claims set forth on Exhibit "A" be treated as noted above and that these Claims be treated as set forth herein in accordance with the Bankruptcy Code.

**All Claimants that have received this Omnibus Objection should locate their name(s) on the attached Exhibit "A" which lists the claimants alphabetically.**

The GUC Claims Trust reserves its rights to amend the Objection to the claim set forth herein, to object on additional grounds not set forth herein and/or to object to any further claims not presently set forth herein. By filing this Objection, the GUC Claims Trust does not waive its right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the GUC Claims Trust respectfully requests that the Court (1) treat the Claims as set forth herein, as recommended by the GUC Claims Trust, without prejudice to the rights of the GUC Claims Trust, or other interested party to file further objections or to pursue

2

avoidance actions or other causes of action; and (2) grant such other and further relief as is just and appropriate.

Dated: May 18, 2021

BERGER SINGERMAN LLP
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Facsimile: (850) 561-3013

By: */s/ Brian G. Rich*
 Brian G. Rich
 Florida Bar No. 38229
 brich@bergersingerman.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted pro hac vice)
Bradford J. Sandler (admitted pro hac vice)
Cia H. Mackle (FBN 26471)
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
 bsandler@pszjlaw.com
 cmackle@pszjlaw.com

*Counsel for the GUC Claims Trust*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 18th day of May, 2021, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List and by First Class, U.S. Mail to the parties listed on the attached Exhibit A.

By: /s/ *Brian G. Rich*
       Brian G. Rich

Cinemex Liqdating Trust
Bky. Case No. 20-14695
Amended Claims Objection Exhibit
Third Omnibus Objection - Exhibit A

| Name of Claimant | Remaining Claim Number | Debtor Name | Debtor Case | Amended Claim to be Disallowed | Disallowed Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| American Express Travel Related Services Co., Inc. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | 26-2 | CB Theater Experience LLC | 20-14699 | 26-1 | $ 560.61 | Amended |
| Aramark Uniform & Career Apparel, LLC c/o Sheila R. Shwager Hawley Twoxell Ennis & Hawley LLP PO Box 1617 Boise, ID 83701 | 15-2 | CB Theater Experience LLC | 20-14699 | 15-1 | $ 45,636.36 | Amended |
| Ecolab, Inc. 26252 Network Place Chicago, IL 60673-1262 | 79-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 79-1 | $ 73,367.73 | Amended |
| High Definition Cleaning Technology, Inc. 3665 East Bay Dr #204-278 Largo, FL 33771 | 95-2 | CB Theater Experience LLC | 20-14695 | 95-1 | $ 18,800.00 | Amended |
| High Definition Cleaning Technology, Inc. 3665 East Bay Dr #204-278 Largo, FL 33771 | 113-1 | CB Theater Experience LLC | 20-14695 | 95-2 | $ 18,956.43 | Amended |
| HiTouch Business Services One Monument Square Ste 800 Portland, ME 04101 | 10-2 | CB Theater Experience LLC | 20-14699 | 10-1 | $ 31,872.82 | Amended |
| Lakeland Electric Attn: Jerrod D. Simpson, Esq. 228 S. Massachusetts Ave. Lakeland, FL 33801 | 117-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 117-1 | $ 22,450.31 | Amended |
| Miami Dade County Tax Collector Suite #430 200 NW 2nd Avenue Miami, FL 33128 | 1-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 1-1 | UNLIQUIDATED | Amended |
| MOAC Mall Holdings LLC Thomas J Flynn Larkin, Hoffman, Daly & Lindgren Ltd. 8300 Norman Center, Suite 1000 Minneapolis, MN 55437-1060 | 64-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 64-1 | $ 16,308,026.78 | Amended |

Page 1

| | | | | | |
|---|---|---|---|---|---|
| Twin Shores Management LLC<br>1039 State Street, Suite 203<br>Bettendorf, IA 52722 | 26-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 26-1 | $ 2,565,877.00 | Amended |
| The ICEE Company<br>265 Mason Rd.<br>LaVergne, TN 37086 | 53-1 | CB Theater Experience LLC | 20-14699 | 21-1 | $ 11,315.25 | Amended |
| Town of Leesburg VA<br>25 West Market Street<br>Leesburg, VA 20176 | 71-2 | CB Theater Experience LLC | 20-14699 | 71-1 | $ 5,330.00 | Amended |
| USEF HCG Fenton LLC<br>Attn: Nick Garzia<br>1380 Atlantic Drive Suite 14250<br>Atlanta, GA 30363 | 26-2 | Cinemex Holdings USA, Inc. | 20-14696 | 26-1 | UNLIQUIDATED | Amended |
| USEF HCG Fenton LLC<br>Attn: Nick Garzia<br>1380 Atlantic Drive Suite 14250<br>Atlanta, GA 30363 | 36-2 | CB Theater Experience LLC | 20-14699 | 36-1 | UNLIQUIDATED | Amended |
| VCC, LLC<br>5752 Granscape Blvd., Suite 200<br>The Colony, TX 75056 | 80-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 80-1 | $ 4,559,091.63 | Amended |
| Wells Fargo Vendor Financial Services LLC<br>Attn: Jason Harkness<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | 24-2 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | 24-1 | $ 155,088.71 | Amended |

## ELECTRONIC MAIL NOTICE LIST

**20-14696-LMI Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Federal Realty Investment Trust
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Gulfstream Park Racing Association, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor PGIM Real Estate
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Starwood Retail Partners, LLC
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Brett M Amron, Esq. on behalf of Debtor Cinemex USA Real Estate Holdings, Inc.
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,kjones@bastamron.com

Eric N Assouline, Esq on behalf of Creditor Crescent Electric Supply Company
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Jeffrey P. Bast, Esq. on behalf of Debtor CB Theater Experience LLC
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com

Jeffrey P. Bast, Esq. on behalf of Debtor Cinemex Holdings USA, Inc.
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com

Jeffrey P. Bast, Esq. on behalf of Debtor Cinemex USA Real Estate Holdings, Inc.
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com

Jeffrey P. Bast, Esq. on behalf of Interested Party CB Theater Experience LLC
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesver

gunat@bastamron.com

Jeffrey P. Bast, Esq. on behalf of Interested Party Cinemex Holdings USA, Inc.
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesver
gunat@bastamron.com

Leyza F. Blanco, Esq. on behalf of Creditor Oracle America, Inc.
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Henry H Bolz on behalf of Creditor VCC, LLC
hbolz@polsinelli.com,
robrien@polsinelli.com;LBugliaro@polsinelli.com;kbishop@polsinelli.com;FLdocke
ting@polsinelli.com

Timothy R Bow on behalf of Creditor US Foods, Inc.
timothy.bow@bclplaw.com

John C. Brock, Esq. on behalf of Creditor Bennett & Brosseaur Roofing, Inc.
jbrock@cotneycl.com, cguido@cotneycl.com

Thomas M Byrne, Esq on behalf of Creditor Fuqua BCDC Peachtree Corners Project Owner, LLC
tombyrne@eversheds-sutherland.com, thomas-byrne-2475@ecf.pacerpro.com;nickolebaker@eversheds-sutherland.com

Sara L. Chenetz on behalf of Creditor Sony Pictures Releasing Inc.
schenetz@perkinscoie.com

Shawn M Christianson, Esq. on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Andrew S Conway on behalf of Creditor Dolphin Mall Associates LLC
aconway@taubman.com

Andrew S Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Ryan E Davis on behalf of Creditor Casto-Oakbridge Venture, Ltd.
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Ryan E Davis on behalf of Creditor Daytona Beach Property Holdings Retail, LLC
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Sean B Davis on behalf of Creditor Mishorim Gold Properties, LP
sbdavis@winstead.com, mmingo@winstead.com

Allison R Day, Esq on behalf of Interested Party EPR Hialeah, Inc.
aday@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Allison R Day, Esq on behalf of Interested Party EPR Tuscaloosa, LLC
aday@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Herbert R Donica, Esq on behalf of Creditor MASTER PURVEYORS
herb@donicalaw.com

Brian M Dougherty on behalf of Creditor A.P.I. Plumbing, Inc.
bmd@gsrnh.com

G Steven Fender on behalf of Creditor Warrior Restoration, LLC
steven.fender@fender-law.com, sramirez.fbp@gmail.com

Michael A. Frank, Esq. on behalf of Creditor MYP Southbridge, LLC
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

David L Gay, Esq. on behalf of Creditor MN Theaters 2006 LLC
dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Andrew Goldman on behalf of Creditor Twentieth Century Fox Film Corporation
andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com

Andrew Goldman on behalf of Creditor Walt Disney Studios Motion Pictures
andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com

Eric Goldstein on behalf of Creditor Neighborhood Health Partnership, Inc.
egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric Goldstein on behalf of Creditor UnitedHealthcare Insurance Company
egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Michael B Green on behalf of Creditor RCG-Gulf Shores, LLC as successor to Colonial Realty Limited Partnership
mgreen@gunster.com, virastorza@gunster.com

Andrea S. Hartley on behalf of Creditor Paramount Pictures Corporation
andrea.hartley@akerman.com, janet.salinas@akerman.com

Timothy Maze Hartley on behalf of Creditor Creative Realities, Inc.
hartley@hartleylaw.net, reid@hartleylaw.net

Tyler A Hayden on behalf of Creditor Winbran, Inc.
tyler@phlfirm.com, michael@phlfirm.com

Nicole Grimal Helmstetter on behalf of Creditor Closter Marketplace (EBA), LLC
ngh@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com

Nicole Grimal Helmstetter on behalf of Creditor WS/CIP II Tampa Owner LLC
ngh@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;ngh@ecf.inforuptcy.com

Stephan Hornung on behalf of Creditor Paramount Pictures Corporation
hornung@lsellp.com

Marsha A Houston on behalf of Creditor Universal Film Exchanges, LLC
mhouston@reedsmith.com, hvalencia@reedsmith.com

Thomas B. Humphries on behalf of Creditor Cobb Lakeside, LLC and Cobb Theaters III, LLC
thumphries@sirote.com

John B. Hutton III, Esq. on behalf of Creditor The Graham Companies
huttonj@gtlaw.com,

mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

John B. Hutton III, Esq. on behalf of Interested Party Grupo Cinemex, S.A. DE C.V.
huttonj@gtlaw.com,
mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

John B. Hutton III, Esq. on behalf of Interested Party Wine and Roses, S.A. de C.V.
huttonj@gtlaw.com,
mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

Andrew Kamensky on behalf of Interested Party NCR CORPORATION
akamensky@kelleykronenberg.com,
raldama@kelleykronenberg.com;jsilver@kelleykronenberg.com

Harris J. Koroglu on behalf of Creditor GT RP Halcyon, LLC
hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com

Harris J. Koroglu on behalf of Creditor Windstream Services, LLC and certain of its affiliates
hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com

Robert L LeHane on behalf of Creditor Brookfield Property REIT Inc.
kdwbankruptcydepartment@kelleydrye.com

Robert L LeHane on behalf of Interested Party Hines Global REIT
kdwbankruptcydepartment@kelleydrye.com

Robert L LeHane on behalf of Interested Party National Retail Properties LP
kdwbankruptcydepartment@kelleydrye.com

Robert L LeHane on behalf of Interested Party ShopCore Properties
kdwbankruptcydepartment@kelleydrye.com

Robert L LeHane on behalf of Interested Party Solaris
kdwbankruptcydepartment@kelleydrye.com

Jaime Burton Leggett on behalf of Debtor CB Theater Experience LLC
jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com

Jaime Burton Leggett on behalf of Debtor Cinemex USA Real Estate Holdings, Inc.
jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com

Jaime Burton Leggett on behalf of Interested Party Cinemex Holdings USA, Inc.
jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com

Alexis A Leventhal on behalf of Creditor Universal Film Exchanges, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com

John E Lucian on behalf of Interested Party Wheeling Commercial Development, LLC
lucian@blankrome.com

Jerry M Markowitz on behalf of Respondent 1025 W. Addison Street Apartments Owner, LLC
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Ilan Markus on behalf of Creditor Westfield, LLC
imarkus@barclaydamon.com, docketing@barclaydamon.com

Robert C Meyer on behalf of Creditor Twin Shores Management LLC
meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com;meyerrr90112@notify.bestcase.com

Vanessa P Moody on behalf of Creditor Closter Marketplace (EBA), LLC
vmoody@goulstonstorrs.com

Vanessa P Moody on behalf of Creditor WS/CIP II Tampa Owner LLC
vmoody@goulstonstorrs.com

Glenn D Moses, Esq on behalf of Creditor 400 East 62nd Properties, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Creditor Brickell City Retail LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-

law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Creditor Brookfield Property REIT Inc.
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Creditor Simon Capital GP
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Creditor Simon Property Group, Inc.
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Brookfield Property REIT
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party CRP/TRC Leesburg Retail Owner, L.L.C.
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Grande Rotunda, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Hines Global REIT
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party National Retail Properties LP
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-

law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party ShopCore Properties
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Solaris
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Wheeling Commercial Development, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Patrick M Mosley, Esq. on behalf of Creditor Nick's Metal Fabricating & Sons Inc.
pmosley@hwhlaw.com, telam@hwhlaw.com

Rachel Nanes on behalf of Creditor HCP III Arlington TS LLC
rachel.nanes@dlapiper.com, yohami.lamguerra@dlapiper.com;Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com

Rachel Nanes on behalf of Creditor Vista Entertainment Solutions Limited
rachel.nanes@dlapiper.com, yohami.lamguerra@dlapiper.com;Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com

Kevin S Neiman on behalf of Creditor NWWP LP
kevin@ksnpc.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jimmy D. Parrish on behalf of Creditor GLL BVK Properties Brookhaven, L.P.
jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com;egreen@bakerlaw.com

Kristen N Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Stephen B Porterfield, Esq on behalf of Creditor Cobb Lakeside, LLC and Cobb Theaters III, LLC
sporterfield@sirote.com

Leanne McKnight Prendergast, Esq on behalf of Interested Party Georgia Power Company
Leanne.Prendergast@fisherbroyles.com, l3annemp@gmail.com

Anthony Princi on behalf of Creditor Paragon Entertainment Holdings, LLC
anthonyprinci3rd@gmail.com

Jordan L Rappaport, Esq on behalf of Creditor AIR SOUTH MECHANICAL, INC.
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Ryan C Reinert on behalf of Creditor GT RP Halcyon, LLC
rreinert@shutts.com, juanitasanchez@shutts.com

Edwin G. Rice on behalf of Creditor Entertainment Supply & Technologies, LLC
erice@babc.com, ddecker@babc.com;dmills@babc.com;erice@ecf.courtdrive.com

Brian G Rich on behalf of Attorney GUC Claims Trustee of the GUC Claims Trust
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com

Brian G Rich on behalf of Attorney The Official Committee of Unsecured Creditors of CB Theater Experience LLC
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com

Brian G Rich on behalf of Creditor Committee Committee of Unsecured Creditors in CB Theater Experience LLC
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com

Brian G Rich on behalf of Other Professional GUC Claims Trust
brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Alan R Rosenberg on behalf of Respondent 1025 W. Addison Street Apartments Owner, LLC
arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

David L Rosendorf, Esq on behalf of Creditor NWWP LP
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Amelia Toy Rudolph on behalf of Creditor Fuqua BCDC Peachtree Corners Project Owner, LLC
amyrudolph@eversheds-sutherland.com, danielkent@eversheds-sutherland.com;amy-rudolph-1418@ecf.pacerpro.com

Jay Sakalo, Esq. on behalf of Interested Party BBVA Bancomer S.A.,Institucion de Banca Multiple, Grupo Financiero BBVA Bancomer, in its capacity as Administrative Agent
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Mark A Salzberg on behalf of Interested Party NAB-CDI, LLC, a Michigan LLC, dba CDITech
mark.salzberg@squirepb.com,
shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Michael D. Seese, Esq. on behalf of Creditor District Theaters Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor District Theaters, Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor S.C.G.C., Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-B Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-CS Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-N Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-SW Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-VP Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-WL Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCG-WR LLC
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCGC Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCGK Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor SCGM Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Creditor Omar Khan
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Interested Party District Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Interested Party SCG-CS LLC
mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq. on behalf of Interested Party SCG-WR Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Paul Steven Singerman, Esq on behalf of Attorney The Official Committee of Unsecured Creditors of CB Theater Experience LLC
singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jason Slatkin, Esq. on behalf of Creditor Ecolab, Inc.
jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

David R. Softness on behalf of Creditor Dolphin Mall Associates LLC
david@softnesslaw.com, mari@softnesslaw.com;sam@softnesslaw.com;david@ecf.inforuptcy.com;r44812@notify.bestcase.com

Scott A Stichter on behalf of Creditor Proctor Equipment Company
sstichter.ecf@srbp.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, villa@slollp.com

Patricia B Tomasco on behalf of Debtor Cinemex Holdings USA, Inc.
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco on behalf of Debtor Cinemex USA Real Estate Holdings, Inc.
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco on behalf of Interested Party CB Theater Experience LLC
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco on behalf of Interested Party Cinemex Holdings USA, Inc.
pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconca

nnon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com

Jason A. Weber, Esq. on behalf of Creditor Cobb Lakeside, LLC
jaw@tblaw.com, aravix@tblaw.com;dbissoondatt@tblaw.com

Jason A. Weber, Esq. on behalf of Creditor Cobb Lakeside, LLC and Cobb Theaters III, LLC
jaw@tblaw.com, aravix@tblaw.com;dbissoondatt@tblaw.com

Edmund S Whitson, III on behalf of Interested Party Baltimore Gas and Electric Company
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Edmund S Whitson, III on behalf of Interested Party Commonwealth Edison Company
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Edmund S Whitson, III on behalf of Interested Party Consolidated Edison Company of New York, Inc.
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Edmund S Whitson, III on behalf of Interested Party Florida Power & Light Company
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Edmund S Whitson, III on behalf of Interested Party Georgia Power Company
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Edmund S Whitson, III on behalf of Interested Party Orange and Rockland Utilities, Inc.
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Gillian D Williston on behalf of Creditor Liberty Center LLC
gillian.williston@troutman.com, fslecfintake@troutman.com;ethan.ostroff@troutman.com;richard.hagerty@troutman.com;carter.nichols@troutman.com;christina.lesko@troutman.com

George L. Zinkler on behalf of Creditor De Lage Landen Financial Services, Inc.
gzinkler.ecf@rprslaw.com