UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

**JOINT MOTION REQUESTING AN EXTENSION OF
TIME FOR USEF HCG FENTON LLC TO FILE A RESPONSE
TO THE OBJECTION TO CLAIM NOS. 26 AND 36 OF
USEF HCG FENTON LLC**

Cinemex Holdings USA, Inc., ("Cinemex" or the "Reorganized Debtor") and USEF HCG Fenton LLC ("Fenton," and together with the Reorganized Debtor, the "Parties") file this Joint Motion Requesting an Extension of Time for USEF HCG Fenton LLC to File a Response to the Objection to Claim Nos. 26 and 36 of USEF HCG Fenton LLC (the "Joint Motion") and state as follows:

1.  On July 3, 2020, Fenton filed two proofs of claim with the Court: Proof of Claim no. 26 filed in Case No. 20-14696, and Proof of Claim no. 36 filed in Case No. 20-14699 (together, "Proofs of Claim").

2.  On June 23, 2021, Cinemex filed an Objection to Claim Nos. 26 and 36 of Fenton (ECF No. 179) (the "Objection").

3.  The deadline for Fenton to file a response to the Objection is July 23, 2021 (the "Objection Deadline").

4.  The Parties are in the process of resolving the Reorganized Debtor's Objection.

12861522.1

5. The Parties agree to extend the Objection Deadline for Fenton to and including August 6, 2021.

6. This extension is without prejudice to further written extensions as may be agreed upon by the Parties.

WHEREFORE, the Reorganized Debtor and Fenton respectfully request entry of an order granting the Joint Motion and extending the deadline for Fenton to file a response to the Objection to and including August 6, 2021.

Respectfully submitted this 23rd day of July, 2021.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Patricia B. Tomasco (admitted *pro hac vice*)
Joanna D. Caytas (admitted *pro hac vice*)
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com

By: /s/ *Patricia B. Tomasco*
    Patricia B. Tomasco (admitted *pro hac vice*)

-and-

Juan P. Morillo (FBN 135933)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100
Email: juanmorillo@quinnemanuel.com

-and-

BAST AMRON LLP

Jeffrey P. Bast (FBN 996343)
Brett M. Amron (FBN 148342)
One Southeast Third Avenue, Suite 1400
Sun Trust International Center
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
Email: jbast@bastamron.com
Email: bamron@bastamron.com

**COUNSEL FOR CINEMEX HOLDINGS USA, INC.**

-and-

KELLEY DRYE & WARREN LLP

Robert L. LeHane (admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212-808-7573
Facsimile: 212-808-7897
Email: rlehane@kelleyDrye.com

By: */s/ Robert L. LeHane*
     Robert L. LeHane (admitted *pro hac vice)*

-and-

Sean T. Wilson (*admitted pro hac vice*)
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Telephone: 713-355-5000
Facsimile: 713-355-5001
Email: swilson@kelleydrye.com

**COUNSEL FOR USEF HCG FENTON LLC**