

**ORDERED in the Southern District of Florida on July 26, 2021.**

                                                                                              **Laurel M. Isicoff**
                                                                                              **Chief United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

### AGREED ORDER GRANTING THE JOINT MOTION REQUESTING AN EXTENSION OF TIME FOR USEF HCG FENTON LLC TO FILE A RESPONSE TO THE OBJECTION TO CLAIM NOS. 26 AND 36 OF <u>USEF HCG FENTON LLC (ECF NO. 179)</u>

THIS MATTER came before the Court without a hearing upon the Joint Motion Requesting an Extension of Time for USEF HCG Fenton LLC to File a Response to the Objection to Claim Nos. 26 and 36 of USEF HCG Fenton LLC (ECF No. 198) (the "Joint Motion"). Based on the agreement of the Parties, and good cause appearing,

It is ordered that:

1. The Joint Motion is GRANTED.

2. The deadline for USEF HCG Fenton LLC to file a response to the Objection to Claim Nos. 26 and 36 of USEF HCG Fenton LLC is August 6, 2021.

3. The extension is without prejudice to further written extension as may be agreed upon by the Parties.

# # #

Agreed to and submitted by:

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100


-and-

Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-808-7573
Facsimile: 212-808-7897


Copies to:

*Attorney Patricia B. Tomasco, who shall serve interested parties and file a certificate of service reflecting same.*