

ORDERED in the Southern District of Florida on July 23, 2021.

                                                                              Laurel M. Isicoff
                                                                              Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

**AGREED ORDER RESOLVING THE APPLICATION
OF 400 EAST 62ND STREET PROPERTIES, LLC FOR ALLOWANCE OF
<u>ADMINISTRATIVE EXPENSE CLAIM</u>**

THIS MATTER came before the Court on the 16th day of June 2021 at 9:30 a.m. upon the *Motion to Set Status Conference on Administrative Expense Claim of 400 East 62nd Street Properties, LLC* [ECF No. 156] (the "Status Conference Motion") relating to (1) the *Motion of 400 East 62nd Street Properties, LLC for Allowance of Administrative Expense Claim* [ECF No. 614 in Case No. 20-14695] (the "Motion for Administrative Claim"), (2) the *Omnibus Response*

to *Motions of 400 East 62nd Properties, LLC, EPR Hialeah, Inc. and Cobb-Lakeside, LLC, for Allowance and Payment of Administrative Expenses* [ECF No. 678 in Case No. 20-14695], and (3) the *Response of 400 East 62nd Street Properties, LLC in Support of Motion for Allowance of Administrative Expense Claim* [ECF No. 183]. This Court thereafter entered an *Order Setting Requirements for Evidentiary Hearing and Establishing Related Deadlines* [ECF No. 191] (the "Evidentiary Hearing Order"), which scheduled an evidentiary hearing on the Motion for Administrative Claim for August 17, 2021 at 1:30 p.m. The Court, having reviewed the Motion for Administrative Claim, having been advised of the agreement of the parties, having determined that good cause exists to grant the relief provided for in this Order, and having otherwise reviewed the record,

It is ordered that:

1. The Application filed by 400 East 62nd Street Properties, LLC (the "62nd Street Landlord") is **GRANTED IN PART** and **DENIED IN PART**;

2. Pursuant to 11 U.S.C. § 503(b), the 62nd Street Landlord is entitled to an allowed administrative expense claim in the amount of $250,000.00 (the "62nd Street Landlord Administrative Claim"). For the avoidance of doubt, the 62nd Street Landlord Administrative Claim granted by this Order is an allowed General Administrative Claim under the Chapter 11 Plan confirmed pursuant to this Court's *Third Amended Joint Chapter 11 Plan of Reorganization of Cinemex USA Real Estate Holdings, Inc., Cinemex Holdings USA, Inc., and CB Theater Experience* (ECF No. 936, Case No. 20-14695) (the "Confirmation Order").

3. Within ten (10) business days of the entry of this Order, the Reorganized Debtor shall pay the Administrative Claim in immediately available funds and in accordance with wire instructions to be provided by the 62nd Street Landlord.

4.      Nothing herein shall impact any general unsecured claim held by the 62nd Street Landlord against the Reorganized Debtor nor any claim or cause of action that the 62nd Street Landlord may have against any person or entity other than the Reorganized Debtor, including without limitation under any guaranty of the Lease (as defined in the Motion for Administrative Claim).

5.      The evidentiary hearing scheduled in this matter for August 17, 2021 at 1:30 p.m. is canceled.

6.      The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and

7.      This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

# # #

Agreed to and submitted by:

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002

*Counsel to the Reorganized Debtors*

-and-

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, Suite 4400
Miami, FL 33131

*Counsel to 400 East 62nd Street Properties, LLC*

Copies to:

*Attorney Patricia B. Tomasco who shall serve a copy of this order on all interested parties and file a certificate of service reflecting same.*