UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

CINEMEX USA REAL ESTATE HOLDINGS, INC., CINEMEX HOLDINGS USA, INC., and CB THEATER EXPERIENCE LLC,

Debtors.
_____/

Case No.  20-14696-LMI

Chapter 11

(Jointly Administered)

**MN THEATERS 2006 LLC'S RESPONSE TO GUC CLAIMS TRUST'S FOURTH OMNIBUS OBJECTION TO CLAIMS AND RESERVATION OF RIGHTS**

MN Theaters 2006 LLC ("MN Theaters"), by and through its undersigned counsel, files this response to the *GUC Claims Trust's Fourth Omnibus Objection to Claims* [ECF 182] (the "Claims Objection").[1]

1. MN Theaters filed its proof of claim (together with all attachments thereto, the "Claim")[2] against Debtor CB Theater Experience LLC (together with the other debtors in the above-captioned chapter 11 cases, the "Debtors") on July 2, 2020.  On June 28, 2021, the GUC Claims Trust filed the Claims Objection, seeking the disallowance of the Claim, among others, due to the assumption of the underlying leases (the "Leases") described in the Claim and the payment by the Purchaser (as defined by the Plan) of the related cure amounts. MN Theaters acknowledges that the Leases have been assumed and cured and does not object to the disallowance of the Claim.

2. MN Theaters remains engaged in litigation in the United States District Court for the Southern District of New York (Case No. 1:20-cv-05860-PKC) (the "District Court Case")

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Claims Objection.
[2] Exhibit A to the Claims Objection incorrectly references the Claim of MN Theaters as Claim No. 28-1. The Claim is actually Claim No. 35-1.

with an affiliate of the Debtors, Grupo Cinemex S.A. de C.V. ("Grupo Cinemex"). Accordingly, MN Theaters submits this response out of an abundance of caution for the sole purpose of reserving any and all of its rights and remedies against Grupo Cinemex, the Purchaser, the Reorganized Debtors (as defined in the Plan), and any and all of their respective successors and assigns, including, without limitation, any and all rights and remedies relating to or arising out of the District Court Case and the Leases.

Dated: July 27, 2021

Respectfully submitted,

By: */s/ David L. Gay*
David L. Gay
Florida Bar No. 839221
Carlton Fields, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: 305-530-0050
Facsimile: 305-530-0055
E-mail: dgay@carltonfields.com

*Counsel to MN Theaters 2006 LLC*

## CERTIFICATE OF SERVICE

I certify that, on July 27, 2021, a true and correct copy of the foregoing *MN Theaters 2006 LLC's Response to GUC Claims Trust's Fourth Omnibus Objection to Claims and Reservation of Rights* was served via ECF on all parties who receive service in these jointly administered Bankruptcy case via electronic case filings.

> */s/ David L. Gay*
> David L. Gay

126617820.1