

**ORDERED in the Southern District of Florida on August 1, 2021.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CINEMEX HOLDINGS USA, INC.,

Chapter 11
Case No. 20-14696-LMI

        Debtor.
_____/

### ORDER SUSTAINING GUC CLAIMS TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

**THIS MATTER** having been considered without a hearing upon the *GUC Claims Trust's Third Omnibus Objection to Claims (Amended and Superseded Claims)* (the "Objection") [ECF No. 116] filed by the GUC Claims Trust on May 18, 2021. The GUC Claims Trust, by submitting this form of Order, having represented that the Objection was served upon each of the claimants identified in **Exhibit "A"** of the Objection, that the thirty (30) day response time provided by Local Rule 3007-1(D) has expired, that no responses were filed to the Objection or received by counsel to the GUC Claims Trust (except as noted below), and that the relief to be granted in this Order is

the identical relief requested in the Objection except with respect to 1) Town of Leesburg VA with respect to claim numbers 71-1 and 71-2 which have been removed, by agreement of the parties, from the exhibit after an informal response by Town of Leesburg VA, and which is the subject of a separate order [ECF No. 193], and 2) USEF HCG Fenton LLC with respect to claim numbers 26-1 and 36-1 which have been removed, by agreement of the parties, from the exhibit after an informal response by USEF HCG Fenton LLC and which will be the subject of a separate order, this Court having considered the basis for the Objection to the claims, it is

**ORDERED** as follows:

1. The Objection is **SUSTAINED**, with respect to the claims identified on the attached **Exhibit "A"**.

2. The claims identified on the attached **Exhibit "A",** shall be treated as set forth in the Disposition of Claim column.

# # #

Submitted by:
Brian G. Rich, Esq.
Berger Singerman LLP
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Facsimile: (850) 561-3013
E-mail: brich@bergersingerman.com

*(Brian G. Rich, Esq. is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in these cases and file a conforming certificate of service.)*

10744525-1

Order Sustaining Third Omnibus Objection to Claims (Amended and Superseded Claims)
Exhibit A

| Name of Claimant | Claim No. | Debtor Case where Claim was filed | Case No. | Claim Amount | Disposition of Claim |
|---|---|---|---|---|---|
| American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 26-1 | CB Theater Experience LLC | 20-14699 | $ 560.61 | Stricken and disallowed in its entirety. |
| Aramark Uniform & Career Apparel, LLC<br>c/o Sheila R. Shwager<br>Hawley Twoxell Ennis & Hawley LLP<br>PO Box 1617<br>Boise, ID 83701 | 15-1 | CB Theater Experience LLC | 20-14699 | $ 45,636.36 | Stricken and disallowed in its entirety. |
| Ecolab, Inc.<br>26252 Network Place<br>Chicago, IL 60673-1262 | 79-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 73,367.73 | Stricken and disallowed in its entirety. |
| High Definition Cleaning Technology, Inc.<br>3665 East Bay Dr #204-278<br>Largo, FL 33771 | 95-1 | CB Theater Experience LLC | 20-14695 | $ 18,800.00 | Stricken and disallowed in its entirety. |
| High Definition Cleaning Technology, Inc.<br>3665 East Bay Dr #204-278<br>Largo, FL 33771 | 95-2 | CB Theater Experience LLC | 20-14695 | $ 18,956.43 | Stricken and disallowed in its entirety. |
| HiTouch Business Services<br>One Monument Square Ste 800<br>Portland, ME 04101 | 10-1 | CB Theater Experience LLC | 20-14699 | $ 31,872.82 | Stricken and disallowed in its entirety. |
| Lakeland Electric<br>Attn: Jerrod D. Simpson, Esq.<br>228 S. Massachusetts Ave.<br>Lakeland, FL 33801 | 117-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 22,450.31 | Stricken and disallowed in its entirety. |

| | | | | |
|---|---|---|---|---|
| Miami Dade County Tax Collector<br>Suite #430<br>200 NW 2nd Avenue<br>Miami, FL 33128 | 1-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | UNLIQUIDATED | Stricken and disallowed in its entirety. |
| MOAC Mall Holdings LLC<br>Thomas J Flynn<br>Larkin, Hoffman, Daly & Lindgren Ltd.<br>8300 Norman Center, Suite 1000<br>Minneapolis, MN 55437-1060 | 64-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 16,308,026.78 | Stricken and disallowed in its entirety. |
| Twin Shores Management LLC<br>1039 State Street, Suite 203<br>Bettendorf, IA 52722 | 26-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 2,565,877.00 | Stricken and disallowed in its entirety. |
| The ICEE Company<br>265 Mason Rd.<br>LaVergne, TN 37086 | 21-1 | CB Theater Experience LLC | 20-14699 | $ 11,315.25 | Stricken and disallowed in its entirety. |
| VCC, LLC<br>5752 Granscape Blvd., Suite 200<br>The Colony, TX 75056 | 80-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 4,559,091.63 | Stricken and disallowed in its entirety. |
| Wells Fargo Vendor Financial Services LLC<br>Attn: Jason Harkness<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | 24-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 155,088.71 | Stricken and disallowed in its entirety. |