United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 20-14696-LMI |
| Cinemex Holdings USA, Inc. | Chapter 11 |
| Cinemex USA Real Estate Holdings, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: lebronl | Page 1 of 8 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Brian Rich, 313 North Monroe Street, Suite 301, Tallahassee, FL 32301-7643 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R Rosenberg | on behalf of Respondent 1025 W. Addison Street Apartments Owner  LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Alexis A Leventhal | on behalf of Creditor Universal Film Exchanges  LLC aleventhal@reedsmith.com, slucas@reedsmith.com |
| Allison R Day, Esq | on behalf of Interested Party EPR Hialeah  Inc. aday@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Allison R Day, Esq | on behalf of Interested Party EPR Tuscaloosa  LLC aday@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |

District/off: 113C-1                      User: lebronl                                    Page 2 of 8
Date Rcvd: Aug 02, 2021                   Form ID: pdf004                                  Total Noticed: 1

| | |
|---|---|
| Amelia Toy Rudolph | on behalf of Creditor Fuqua BCDC Peachtree Corners Project Owner  LLC amyrudolph@eversheds-sutherland.com, danielkent@eversheds-sutherland.com;amy-rudolph-1418@ecf.pacerpro.com |
| Andrea S. Hartley | on behalf of Creditor Paramount Pictures Corporation andrea.hartley@akerman.com  janet.salinas@akerman.com |
| Andrew Goldman | on behalf of Creditor Twentieth Century Fox Film Corporation andrew.goldman@wilmerhale.com benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Andrew Goldman | on behalf of Creditor Walt Disney Studios Motion Pictures andrew.goldman@wilmerhale.com benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Andrew Kamensky | on behalf of Interested Party NCR CORPORATION akamensky@kelleykronenberg.com raldama@kelleykronenberg.com;jsilver@kelleykronenberg.com |
| Andrew S Conway | on behalf of Creditor Dolphin Mall Associates LLC aconway@taubman.com |
| Andrew S Conway | on behalf of Creditor Taubman Landlords aconway@taubman.com |
| Anthony Princi | on behalf of Creditor Paragon Entertainment Holdings  LLC anthonyprinci3rd@gmail.com |
| Ariel Rodriguez | on behalf of U.S. Trustee Office of the US Trustee ariel.rodriguez@usdoj.gov |
| Brett M Amron, Esq. | on behalf of Debtor Cinemex USA Real Estate Holdings  Inc. bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,kjones@bastamron.com |
| Brian G Rich | on behalf of Attorney GUC Claims Trustee of the GUC Claims Trust brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com |
| Brian G Rich | on behalf of Creditor Committee Committee of Unsecured Creditors in CB Theater Experience LLC brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com |
| Brian G Rich | on behalf of Attorney The Official Committee of Unsecured Creditors of CB Theater Experience LLC brich@bergersingerman.com  efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com |
| Brian G Rich | on behalf of Other Professional GUC Claims Trust brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com |
| Brian M Dougherty | on behalf of Creditor A.P.I. Plumbing  Inc. bmd@gsrnh.com |
| David A Ray, Esq. | on behalf of Creditor Dell Marketing  L.P. dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;drabrams620@gmail.com |
| David L Gay, Esq. | on behalf of Creditor MN THEATERS 2006 LLC dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| David L Gay, Esq. | on behalf of Creditor MN Theaters 2006 LLC dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net |
| David L Rosendorf, Esq | on behalf of Creditor NWWP LP dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David R. Softness | on behalf of Creditor Dolphin Mall Associates LLC david@softnesslaw.com mari@softnesslaw.com;sam@softnesslaw.com;david@ecf.inforuptcy.com;r44812@notify.bestcase.com |
| Edmund S Whitson, III | on behalf of Interested Party Georgia Power Company edmund.whitson@arlaw.com  madeline.algarin@arlaw.com |
| Edmund S Whitson, III | on behalf of Interested Party Baltimore Gas and Electric Company edmund.whitson@arlaw.com  madeline.algarin@arlaw.com |
| Edmund S Whitson, III | on behalf of Interested Party Orange and Rockland Utilities  Inc. edmund.whitson@arlaw.com, madeline.algarin@arlaw.com |
| Edmund S Whitson, III | |

District/off: 113C-1                              User: lebronl                                    Page 3 of 8
Date Rcvd: Aug 02, 2021                         Form ID: pdf004                                  Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Commonwealth Edison Company edmund.whitson@arlaw.com  madeline.algarin@arlaw.com |
| Edmund S Whitson, III | |
| | on behalf of Interested Party Consolidated Edison Company of New York  Inc. edmund.whitson@arlaw.com, madeline.algarin@arlaw.com |
| Edmund S Whitson, III | |
| | on behalf of Interested Party Florida Power & Light Company edmund.whitson@arlaw.com  madeline.algarin@arlaw.com |
| Edwin G. Rice | |
| | on behalf of Creditor Entertainment Supply & Technologies  LLC erice@babc.com, ddecker@babc.com;dmills@babc.com;erice@ecf.courtdrive.com |
| Eric Goldstein | |
| | on behalf of Creditor UnitedHealthcare Insurance Company egoldstein@goodwin.com bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric Goldstein | |
| | on behalf of Creditor Neighborhood Health Partnership  Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric N Assouline, Esq | |
| | on behalf of Creditor Crescent Electric Supply Company ena@assoulineberlowe.com  ah@assoulineberlowe.com |
| G Steven Fender | |
| | on behalf of Creditor Warrior Restoration  LLC steven.fender@fender-law.com, sramirez.fbp@gmail.com |
| George L. Zinkler | |
| | on behalf of Creditor De Lage Landen Financial Services  Inc. gzinkler.ecf@rprslaw.com |
| Gillian D Williston | |
| | on behalf of Creditor Liberty Center LLC gillian.williston@troutman.com fslecfintake@troutman.com;ethan.ostroff@troutman.com;richard.hagerty@troutman.com;carter.nichols@troutman.com;christina.lesko@troutman.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party Wheeling Commercial Development  LLC gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Creditor 400 East 62nd Properties  LLC gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party Solaris gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party Brookfield Property REIT gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Creditor Brookfield Property REIT Inc. gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party National Retail Properties LP gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Creditor Brickell City Retail LLC gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party Hines Global REIT gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party Grande Rotunda  LLC gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | |
| | on behalf of Interested Party ShopCore Properties gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastell |

Case 20-14696-LMI    Doc 221    Filed 08/04/21    Page 4 of 12

| District/off: 113C-1 | User: lebronl | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | anos@gjb-law.com |
| Glenn D Moses, Esq | on behalf of Creditor Simon Property Group Inc. gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | on behalf of Creditor Simon Capital GP gmoses@gjb-law.com gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Glenn D Moses, Esq | on behalf of Interested Party CRP/TRC Leesburg Retail Owner L.L.C. gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com |
| Hampton Peterson, Esq | on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com |
| Harris J. Koroglu | on behalf of Creditor Windstream Services LLC and certain of its affiliates hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com |
| Harris J. Koroglu | on behalf of Creditor GT RP Halcyon LLC hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com |
| Henry H Bolz | on behalf of Creditor VCC LLC hbolz@polsinelli.com, robrien@polsinelli.com;LBugliaro@polsinelli.com;FLdocketing@polsinelli.com |
| Herbert R Donica, Esq | on behalf of Creditor MASTER PURVEYORS herb@donicalaw.com |
| Ilan Markus | on behalf of Creditor Westfield LLC imarkus@barclaydamon.com, docketing@barclaydamon.com |
| Jaime Burton Leggett | on behalf of Debtor CB Theater Experience LLC jleggett@bastamron.com jmiranda@bastamron.com,mdesvergunat@bastamron.com |
| Jaime Burton Leggett | on behalf of Debtor Cinemex USA Real Estate Holdings Inc. jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com |
| Jaime Burton Leggett | on behalf of Interested Party Cinemex Holdings USA Inc. jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com |
| Jason Slatkin, Esq. | on behalf of Creditor Ecolab Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason A. Weber, Esq. | on behalf of Creditor Cobb Lakeside LLC and Cobb Theaters III, LLC jaw@tblaw.com, aravix@tblaw.com;dbissoondatt@tblaw.com |
| Jason A. Weber, Esq. | on behalf of Creditor Cobb Lakeside LLC jaw@tblaw.com, aravix@tblaw.com;dbissoondatt@tblaw.com |
| Jay Sakalo, Esq. | on behalf of Interested Party BBVA Bancomer S.A. Institucion de Banca Multiple, Grupo Financiero BBVA Bancomer, in its capacity as Administrative Agent jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com |
| Jeffrey P. Bast, Esq. | on behalf of Debtor Cinemex USA Real Estate Holdings Inc. jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |
| Jeffrey P. Bast, Esq. | on behalf of Debtor Cinemex Holdings USA Inc. jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |
| Jeffrey P. Bast, Esq. | on behalf of Interested Party Cinemex Holdings USA Inc. jbast@bastamron.com, jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |
| Jeffrey P. Bast, Esq. | on behalf of Interested Party CB Theater Experience LLC jbast@bastamron.com jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |
| Jeffrey P. Bast, Esq. | on behalf of Debtor CB Theater Experience LLC jbast@bastamron.com jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |

Jerry M Markowitz
    on behalf of Respondent 1025 W. Addison Street Apartments Owner LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jimmy D. Parrish
    on behalf of Creditor GLL BVK Properties Brookhaven L.P. jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com;egreen@bakerlaw.com

Joaquin J Alemany
    on behalf of Creditor PGIM Real Estate joaquin.alemany@hklaw.com  jose.casal@hklaw.com

Joaquin J Alemany
    on behalf of Creditor Starwood Retail Partners LLC joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany
    on behalf of Creditor Gulfstream Park Racing Association Inc. joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany
    on behalf of Creditor Federal Realty Investment Trust joaquin.alemany@hklaw.com  jose.casal@hklaw.com

John E Lucian
    on behalf of Interested Party Wheeling Commercial Development LLC lucian@blankrome.com

John B. Hutton III, Esq.
    on behalf of Interested Party Grupo Cinemex S.A. DE C.V. huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

John B. Hutton III, Esq.
    on behalf of Creditor The Graham Companies huttonj@gtlaw.com mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

John B. Hutton III, Esq.
    on behalf of Interested Party Wine and Roses S.A. de C.V. huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.com

John C. Brock, Esq.
    on behalf of Creditor Bennett & Brosseaur Roofing Inc. jbrock@cotneycl.com, cguido@cotneycl.com

Jordan L Rappaport, Esq
    on behalf of Creditor AIR SOUTH MECHANICAL INC. office@rorlawfirm.com, 1678370420@filings.docketbird.com

Kevin S Neiman
    on behalf of Creditor NWWP LP kevin@ksnpc.com

Kristen N Pate
    on behalf of Creditor Brookfield Property REIT Inc. bk@brookfieldpropertiesretail.com

Leanne McKnight Prendergast, Esq
    on behalf of Interested Party Georgia Power Company Leanne.Prendergast@fisherbroyles.com  l3annemp@gmail.com

Leyza F. Blanco, Esq.
    on behalf of Creditor Oracle America Inc. lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Mark A Salzberg
    on behalf of Interested Party NAB-CDI LLC, a Michigan LLC, dba CDITech mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Marsha A Houston
    on behalf of Creditor Universal Film Exchanges LLC mhouston@reedsmith.com, hvalencia@reedsmith.com

Michael A. Frank, Esq.
    on behalf of Creditor MYP Southbridge LLC pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Nardella
    on behalf of Creditor Comprehensive Energy Services Inc. mnardella@nardellalaw.com, service@nardellalaw.com;klynch@nardellalaw.com

Michael B Green
    on behalf of Creditor RCG-Gulf Shores LLC as successor to Colonial Realty Limited Partnership mgreen@gunster.com, virastorza@gunster.com

Michael D. Seese, Esq.
    on behalf of Interested Party SCG-CS LLC mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCGM Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-B Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCGK Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor District Theaters Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Interested Party District Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-VP Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-WL Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor S.C.G.C.  Inc. mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-WR LLC mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor District Theaters  Inc. mseese@seeselaw.com, sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Interested Party SCG-WR Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-N Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-SW Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCG-CS Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor SCGC Inc. mseese@seeselaw.com  sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Creditor Omar Khan mseese@seeselaw.com  sseward@seeselaw.com

Nicole Grimal Helmstetter
    on behalf of Creditor Closter Marketplace (EBA)  LLC ngh@agentislaw.com, marilee.tamesolmedo@bipc.com

Nicole Grimal Helmstetter
    on behalf of Creditor WS/CIP II Tampa Owner LLC ngh@agentislaw.com  marilee.tamesolmedo@bipc.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Omni Agent Solutions (Cashman)
    ccashman@omniagnt.com  3606531420@filings.docketbird.com

Patricia B Tomasco
    on behalf of Interested Party CB Theater Experience LLC pattytomasco@quinnemanuel.com barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco
    on behalf of Interested Party Cinemex Holdings USA  Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco
    on behalf of Debtor Cinemex USA Real Estate Holdings  Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco
    on behalf of Debtor Cinemex Holdings USA  Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patricia B Tomasco
    on behalf of Debtor CB Theater Experience LLC pattytomasco@quinnemanuel.com barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconcannon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnemanuel.com

Patrick M Mosley, Esq.
    on behalf of Creditor Nick's Metal Fabricating & Sons Inc. pmosley@hwhlaw.com  telam@hwhlaw.com

Paul Steven Singerman, Esq

| | |
|---|---|
| | on behalf of Attorney The Official Committee of Unsecured Creditors of CB Theater Experience LLC singerman@bergersingerman.com  mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Rachel Nanes | |
| | on behalf of Creditor HCP III Arlington TS LLC rachel.nanes@dlapiper.com Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com;rachel-nanes-6543@ecf.pacerpro.com |
| Rachel Nanes | |
| | on behalf of Creditor Vista Entertainment Solutions Limited rachel.nanes@dlapiper.com Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com;rachel-nanes-6543@ecf.pacerpro.com |
| Robert C Meyer | |
| | on behalf of Creditor Twin Shores Management LLC meyerrobertc@cs.com rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com;meyerrr90112@notify.bestcase.com |
| Robert L LeHane | |
| | on behalf of Interested Party Hines Global REIT kdwbankruptcydepartment@kelleydrye.com |
| Robert L LeHane | |
| | on behalf of Interested Party ShopCore Properties kdwbankruptcydepartment@kelleydrye.com |
| Robert L LeHane | |
| | on behalf of Interested Party Solaris kdwbankruptcydepartment@kelleydrye.com |
| Robert L LeHane | |
| | on behalf of Creditor Brookfield Property REIT Inc. kdwbankruptcydepartment@kelleydrye.com |
| Robert L LeHane | |
| | on behalf of Interested Party National Retail Properties LP kdwbankruptcydepartment@kelleydrye.com |
| Ronald M Tucker | |
| | on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com |
| Ryan C Reinert | |
| | on behalf of Creditor GT RP Halcyon  LLC rreinert@shutts.com, juanitasanchez@shutts.com |
| Ryan E Davis | |
| | on behalf of Creditor Casto-Oakbridge Venture  Ltd. rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Ryan E Davis | |
| | on behalf of Creditor Daytona Beach Property Holdings Retail  LLC rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com |
| Sabrina L Streusand | |
| | on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  villa@slollp.com |
| Sara L. Chenetz | |
| | on behalf of Creditor Sony Pictures Releasing Inc. schenetz@perkinscoie.com |
| Scott A Stichter | |
| | on behalf of Creditor Proctor Equipment Company sstichter.ecf@srbp.com |
| Sean B Davis | |
| | on behalf of Creditor Mishorim Gold Properties  LP sbdavis@winstead.com, mmingo@winstead.com |
| Shawn M Christianson, Esq. | |
| | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stephan Hornung | |
| | on behalf of Creditor Paramount Pictures Corporation hornung@lsellp.com |
| Stephen B Porterfield, Esq | |
| | on behalf of Creditor Cobb Lakeside  LLC and Cobb Theaters III, LLC sporterfield@sirote.com |
| Thomas B. Humphries | |
| | on behalf of Creditor Cobb Lakeside  LLC and Cobb Theaters III, LLC thumphries@sirote.com |
| Thomas M Byrne, Esq | |
| | on behalf of Creditor Fuqua BCDC Peachtree Corners Project Owner  LLC tombyrne@eversheds-sutherland.com, thomas-byrne-2475@ecf.pacerpro.com;nickolebaker@eversheds-sutherland.com |
| Timothy Maze Hartley | |
| | on behalf of Creditor Creative Realities  Inc. hartley@hartleylaw.net, reid@hartleylaw.net |
| Timothy R Bow | |
| | on behalf of Creditor US Foods  Inc. timothy.bow@bclplaw.com |
| Tyler A Hayden | |
| | on behalf of Creditor Winbran  Inc. tyler@phlfirm.com, michael@phlfirm.com |
| Vanessa P Moody | |
| | on behalf of Creditor WS/CIP II Tampa Owner LLC vmoody@goulstonstorrs.com |

District/off: 113C-1                            User: lebronl                                Page 8 of 8
Date Rcvd: Aug 02, 2021                         Form ID: pdf004                              Total Noticed: 1

Vanessa P Moody                 on behalf of Creditor Closter Marketplace (EBA)  LLC vmoody@goulstonstorrs.com

TOTAL: 143

**ORDERED in the Southern District of Florida on August 1, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CINEMEX HOLDINGS USA, INC.,

Debtor.
_____________________________________/

Chapter 11
Case No. 20-14696-LMI

**ORDER SUSTAINING GUC CLAIMS TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

**THIS MATTER** having been considered without a hearing upon the *GUC Claims Trust's Third Omnibus Objection to Claims (Amended and Superseded Claims)* (the "Objection") [ECF No. 116] filed by the GUC Claims Trust on May 18, 2021. The GUC Claims Trust, by submitting this form of Order, having represented that the Objection was served upon each of the claimants identified in **Exhibit "A"** of the Objection, that the thirty (30) day response time provided by Local Rule 3007-1(D) has expired, that no responses were filed to the Objection or received by counsel to the GUC Claims Trust (except as noted below), and that the relief to be granted in this Order is

the identical relief requested in the Objection except with respect to 1) Town of Leesburg VA with respect to claim numbers 71-1 and 71-2 which have been removed, by agreement of the parties, from the exhibit after an informal response by Town of Leesburg VA, and which is the subject of a separate order [ECF No. 193], and 2) USEF HCG Fenton LLC with respect to claim numbers 26-1 and 36-1 which have been removed, by agreement of the parties, from the exhibit after an informal response by USEF HCG Fenton LLC and which will be the subject of a separate order, this Court having considered the basis for the Objection to the claims, it is

**ORDERED** as follows:

1. The Objection is **SUSTAINED**, with respect to the claims identified on the attached **Exhibit "A"**.

2. The claims identified on the attached **Exhibit "A",** shall be treated as set forth in the Disposition of Claim column.

# # #

Submitted by:
Brian G. Rich, Esq.
Berger Singerman LLP
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Facsimile: (850) 561-3013
E-mail: brich@bergersingerman.com

*(Brian G. Rich, Esq. is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in these cases and file a conforming certificate of service.)*

10744525-1

**Order Sustaining Third Omnibus Objection to Claims (Amended and Superseded Claims)**
**Exhibit A**

| Name of Claimant | Claim No. | Debtor Case where Claim was filed | Case No. | Claim Amount | Disposition of Claim |
|---|---|---|---|---|---|
| American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 26-1 | CB Theater Experience LLC | 20-14699 | $ 560.61 | Stricken and disallowed in its entirety. |
| Aramark Uniform & Career Apparel, LLC<br>c/o Sheila R. Shwager<br>Hawley Twoxell Ennis & Hawley LLP<br>PO Box 1617<br>Boise, ID 83701 | 15-1 | CB Theater Experience LLC | 20-14699 | $ 45,636.36 | Stricken and disallowed in its entirety. |
| Ecolab, Inc.<br>26252 Network Place<br>Chicago, IL 60673-1262 | 79-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 73,367.73 | Stricken and disallowed in its entirety. |
| High Definition Cleaning Technology, Inc.<br>3665 East Bay Dr #204-278<br>Largo, FL 33771 | 95-1 | CB Theater Experience LLC | 20-14695 | $ 18,800.00 | Stricken and disallowed in its entirety. |
| High Definition Cleaning Technology, Inc.<br>3665 East Bay Dr #204-278<br>Largo, FL 33771 | 95-2 | CB Theater Experience LLC | 20-14695 | $ 18,956.43 | Stricken and disallowed in its entirety. |
| HiTouch Business Services<br>One Monument Square Ste 800<br>Portland, ME 04101 | 10-1 | CB Theater Experience LLC | 20-14699 | $ 31,872.82 | Stricken and disallowed in its entirety. |
| Lakeland Electric<br>Attn: Jerrod D. Simpson, Esq.<br>228 S. Massachusetts Ave.<br>Lakeland, FL 33801 | 117-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 22,450.31 | Stricken and disallowed in its entirety. |

| Creditor | Claim # | Debtor | Case # | Amount | Status |
|---|---|---|---|---|---|
| Miami Dade County Tax Collector<br>Suite #430<br>200 NW 2nd Avenue<br>Miami, FL 33128 | 1-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | UNLIQUIDATED | Stricken and disallowed in its entirety. |
| MOAC Mall Holdings LLC<br>Thomas J Flynn<br>Larkin, Hoffman, Daly & Lindgren Ltd.<br>8300 Norman Center, Suite 1000<br>Minneapolis, MN 55437-1060 | 64-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 16,308,026.78 | Stricken and disallowed in its entirety. |
| Twin Shores Management LLC<br>1039 State Street, Suite 203<br>Bettendorf, IA 52722 | 26-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 2,565,877.00 | Stricken and disallowed in its entirety. |
| The ICEE Company<br>265 Mason Rd.<br>LaVergne, TN 37086 | 21-1 | CB Theater Experience LLC | 20-14699 | $ 11,315.25 | Stricken and disallowed in its entirety. |
| VCC, LLC<br>5752 Granscape Blvd., Suite 200<br>The Colony, TX 75056 | 80-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 4,559,091.63 | Stricken and disallowed in its entirety. |
| Wells Fargo Vendor Financial Services LLC<br>Attn: Jason Harkness<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | 24-1 | Cinemex USA Real Estate Holdings, Inc. | 20-14695 | $ 155,088.71 | Stricken and disallowed in its entirety. |