UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                      Chapter 11

CINEMEX HOLDINGS USA, INC.,        Case No. 20-14696-LMI

           Debtor.

_____/

**GUC CLAIMS TRUST'S FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(Assumed Claims; Duplicate Claim; Insufficient Documentation Claim)**

---

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks to disallow the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you <u>must</u> file a written response WITHIN 30 DAYS from the date of service of this objection (October 20, 2021), explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney for the GUC Claims Trust, Brian Rich, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 817, Miami, FL 33128.

---

      The GUC Claims Trust, by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 3007, Local Rule and 3007-1, the *Order Granting Ex Parte Motion of GUC Claims Trust (I) to Add Claim Objection Categories to Omnibus Objections; and (II) to Waive Requirements of Local Rule 3007-1(C) That Objection Be Limited to Five Claims Per Pleading*

[Docket No. 41], hereby files this omnibus objection (the "Objection") to the claims listed on the

attached **Exhibit "A"** (collectively, the "Claims"), as follows:

**Exhibit "A": Assumed Claims**: The GUC Claims Trust objects to the Claims set forth on the attached **Exhibit "A"** on the basis that the claims were assumed under the terms of the plan of reorganization approved in these cases at Docket No. 936 (the "Plan") or by prior order of the Court pursuant to 11 U.S.C. § 365, with all defaults relating thereto deemed cured and satisfied. As a result, the GUC Claims Trust seeks to disallow each of the Claims set forth on the attached **Exhibit "A."**

**Exhibit "B": Duplicate Claim**: The GUC Claims Trust objects to the Claim set forth on the attached **Exhibit "B"** on the grounds that the Claim asserts amounts that is already included in another filed claim by the Claimant in a higher amount. As a result, the GUC Claims Trust seeks to disallow the Claim set forth in the column entitled "Duplicate Claims to be Disallowed on the attached **Exhibit "B"**.

**Exhibit "C": Insufficient Documentation Claim**: The GUC Claims Trust objects to the Claim set forth on the attached **Exhibit "C"** on the grounds that the Claim fails to include sufficient documentation that would allow the GUC Trust to determine the validity of the amount asserted. As a result, the GUC Claims Trust seeks to disallow the Claim set forth on the attached **Exhibit "C"**.

The GUC Claims Trust requests that the Claims set forth on Exhibits "A", "B" and "C" be

treated as noted above and that these Claims be treated as set forth herein in accordance with the

Bankruptcy Code.

**All Claimants that have received this Omnibus Objection should locate their name(s)**

**on the attached Exhibits "A", "B"  and "C", which lists the claimants alphabetically.**

The GUC Claims Trust reserves its rights to amend the Objection to the claims set forth

herein, to object on additional grounds not set forth herein, and/or to object to any further claims

not presently set forth herein. By filing this Objection, the GUC Claims Trust does not waive its

right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the GUC Claims Trust respectfully requests that the Court (1) treat the

Claims as set forth herein, as recommended by the GUC Claims Trust, without prejudice to the rights of the GUC Claims Trust, or other interested party to file further objections or to pursue avoidance actions or other causes of action; and (2) grant such other and further relief as is just and appropriate.

Dated:  September 20, 2021

BERGER SINGERMAN LLP
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone:  (850) 561-3010
Facsimile:  (850) 561-3013
By:      */s/ Brian G. Rich*
      Brian G. Rich
      Florida Bar No. 38229
      brich@bergersingerman.com
-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted pro hac vice)
Bradford J. Sandler (admitted pro hac vice)
Cia H. Mackle (FBN 26471)
780 Third Avenue, 34th Floor
New York,  NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
      bsandler@pszjlaw.com
      cmackle@pszjlaw.com

*Counsel for the GUC Claims Trust*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 20th day of September, 2021, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List and by First Class, U.S. Mail to the parties listed on the attached Exhibits A, B and C.

By: /s/ *Brian G. Rich*
       Brian G. Rich

DOCS_LA:339586.4 14219/002
10867452-1

**<u>Exhibit A</u>**

**ASSUMED CLAIMS**

4

Cinemex Liqidating Trust
Bky. Case No. 20-14695
Objection Exhibit
Fifth Omnibus Objection - Exhibit A
Assumed / Deem Cured Contract or Lease

| Name of Claimant | Claims Agent ID | Claim Number | Claim Date Filed | GUC Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Dcdc<br>1840 Century Park E, Ste 550<br>Los Angeles, CA 90067 | N/A | SCHEDULED | N/A | $   15,312.66 | Agreement assumed and cured |
| De Lage Landen Financial Services, Inc.<br>c/o RPRSC<br>Attn: George L. Zinkler, III<br>101 NE 3rd Ave, Ste 1800<br>Fort Lauderdale, FL 33301 | C699-62 | 54-1 | 7/20/2020 | $   424,539.92 | Agreement assumed and cured |
| Wheeling Commercial Development, LLC<br>c/o Glenn Moses-Genovese Joblove & Battista, P.A<br>100 SE 2nd St, 44th Fl<br>Miami, FL 33131 | C695-75 | 75-1 | 7/3/2020 | $   4,059,226.33 | Agreement assumed and cured |
| Wheeling Commercial Development, LLC<br>c/o Glenn Moses-Genovese Joblove & Battista, P.A<br>100 SE 2nd St, 44th Fl<br>Miami, FL 33131 | C696-27 | 27-1 | 7/3/2020 | $   4,059,226.33 | Agreement assumed and cured |
| Wheeling Commercial Development, LLC<br>c/o Glenn Moses-Genovese Joblove & Battista, P.A<br>100 SE 2nd St, 44th Fl<br>Miami, FL 33131 | C699-44 | 37-1 | 7/3/2020 | $   4,059,226.33 | Agreement assumed and cured |

**<u>Exhibit B</u>**
**DUPLICATE CLAIM**

DOCS_LA:339586.4 14219/002

Cinemex Liqidating Trust
Bky. Case No. 20-14695
Objection Exhibit
Fifth Omnibus Objection - Exhibit B
Duplicative

| Name of Claimant | Remaining Claims Agent ID | Remaining Claim Number | Remaining GUC Claim Amount | Duplicative Claims Agent ID | Duplicative Claim Claim Number To Be Disallowed | Duplicative GUC Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| EPR Hialeah Inc c/o Genovese Joblove & Battista PA Attn: Allison Day 100 SE 2nd St, 44th Fl Miami, FL 33131 | C695-159 | 149-1 | $ 616,164.79 | C699-57 | 49-1 | $ 38,162.50 | Amounts asserted in duplicative claim to be disallowed are already included in the Remaining GUC Claim Amount. |

## Exhibit C
## INSUFFICIENT DOCUMENTATION CLAIM

DOCS_LA:339586.4 14219/002

Cinemex Liqidating Trust
Bky. Case No. 20-14695
Objection Exhibit
Fifth Omnibus Objection - Exhibit C
Insufficient Documentation

| Name of Claimant | Claims Agent ID | Claim Number | Claim Date Filed | GUC Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Juan Munoz<br>c/o Paul A Mckenna & Associates PA<br>Attn: Paul McKenna<br>703 Waterford Way, Ste 220<br>Miami, FL 33126 | C695-106 | 107-1 | 7/6/2020 | $ 300,000.00 | Insufficient Documentation |

## <u>ELECTRONIC MAIL NOTICE LIST</u>

**20-14696-LMI Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Starwood Retail Partners, LLC
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Brett M Amron, Esq. on behalf of Debtor Cinemex USA Real Estate Holdings, Inc.
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,kjones@bastamron.com

Eric N Assouline, Esq on behalf of Creditor Crescent Electric Supply Company
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Jeffrey P. Bast, Esq. on behalf of Debtor CB Theater Experience LLC
jbast@bastamron.com,
jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesver
gunat@bastamron.com

Leyza F. Blanco, Esq. on behalf of Creditor Oracle America, Inc.
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Henry H Bolz on behalf of Creditor VCC, LLC
hbolz@polsinelli.com,
robrien@polsinelli.com;LBugliaro@polsinelli.com;FLdocketing@polsinelli.com

Timothy R Bow on behalf of Creditor US Foods, Inc.
timothy.bow@bclplaw.com

John C. Brock, Esq. on behalf of Creditor Bennett & Brosseaur Roofing, Inc.
jbrock@cotneycl.com, cguido@cotneycl.com

Thomas M Byrne, Esq on behalf of Creditor Fuqua BCDC Peachtree Corners Project
Owner, LLC
tombyrne@eversheds-sutherland.com, thomas-byrne-
2475@ecf.pacerpro.com;nickolebaker@eversheds-sutherland.com

Sara L. Chenetz on behalf of Creditor Sony Pictures Releasing Inc.
schenetz@perkinscoie.com

Shawn M Christianson, Esq. on behalf of Creditor Oracle America, Inc.

schristianson@buchalter.com, cmcintire@buchalter.com

Andrew S Conway on behalf of Creditor Dolphin Mall Associates LLC
aconway@taubman.com

Andrew S Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Ryan E Davis on behalf of Creditor Casto-Oakbridge Venture, Ltd.
rdavis@whww.com, thiggens@whww.com;thiggens@ecf.courtdrive.com

Sean B Davis on behalf of Creditor Mishorim Gold Properties, LP
sbdavis@winstead.com, mmingo@winstead.com

Allison R Day, Esq on behalf of Interested Party EPR Hialeah, Inc.
aday@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com

Herbert R Donica, Esq on behalf of Creditor MASTER PURVEYORS
herb@donicalaw.com

Brian M Dougherty on behalf of Creditor A.P.I. Plumbing, Inc.
bmd@gsrnh.com

G Steven Fender on behalf of Creditor Warrior Restoration, LLC
steven.fender@fender-law.com, sramirez.fbp@gmail.com

Michael A. Frank, Esq. on behalf of Creditor MYP Southbridge, LLC
pleadings@bkclawmiami.com,
bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

David L Gay, Esq. on behalf of Creditor MN THEATERS 2006 LLC
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Andrew Goldman on behalf of Creditor Twentieth Century Fox Film Corporation
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com

Eric Goldstein on behalf of Creditor Neighborhood Health Partnership, Inc.
egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Michael B Green on behalf of Creditor RCG-Gulf Shores, LLC as successor to
Colonial Realty Limited Partnership
mgreen@gunster.com, virastorza@gunster.com

Andrea S. Hartley on behalf of Creditor Paramount Pictures Corporation
andrea.hartley@akerman.com, janet.salinas@akerman.com

Timothy Maze Hartley on behalf of Creditor Creative Realities, Inc.
hartley@hartleylaw.net, reid@hartleylaw.net

Tyler A Hayden on behalf of Creditor Winbran, Inc.
tyler@phlfirm.com, michael@phlfirm.com

Nicole Grimal Helmstetter on behalf of Creditor Closter Marketplace (EBA), LLC
ngh@agentislaw.com, marilee.tamesolmedo@bipc.com;kimberly.ecker@bipc.com

Stephan Hornung on behalf of Creditor Paramount Pictures Corporation
hornung@lsellp.com

Marsha A Houston on behalf of Creditor Universal Film Exchanges, LLC
mhouston@reedsmith.com, hvalencia@reedsmith.com

Thomas B. Humphries on behalf of Creditor Cobb Lakeside, LLC and Cobb Theaters
III, LLC
thumphries@sirote.com

John B. Hutton III, Esq. on behalf of Creditor The Graham Companies
huttonj@gtlaw.com,
mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com;perezan@gtlaw.
com

Andrew Kamensky on behalf of Interested Party NCR CORPORATION
akamensky@kelleykronenberg.com,
raldama@kelleykronenberg.com;jsilver@kelleykronenberg.com

Harris J. Koroglu on behalf of Creditor GT RP Halcyon, LLC
hkoroglu@shutts.com, LJohnson-

Kennedy@shutts.com;bvelapoldi@shutts.com;apestonit@shutts.com

Robert L LeHane on behalf of Creditor Brookfield Property REIT Inc.
kdwbankruptcydepartment@kelleydrye.com

Jaime Burton Leggett on behalf of Debtor CB Theater Experience LLC
jleggett@bastamron.com, jmiranda@bastamron.com,mdesvergunat@bastamron.com

Alexis A Leventhal on behalf of Creditor Universal Film Exchanges, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com

John E Lucian on behalf of Interested Party Wheeling Commercial Development,
LLC
lucian@blankrome.com

Jerry M Markowitz on behalf of Respondent 1025 W. Addison Street Apartments
Owner, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.c
om,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Ilan Markus on behalf of Creditor Westfield, LLC
imarkus@barclaydamon.com, docketing@barclaydamon.com

Robert C Meyer on behalf of Creditor Twin Shores Management LLC
meyerrobertc@cs.com,
rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com;meyerrr90112
@notify.bestcase.com

Vanessa P Moody on behalf of Creditor Closter Marketplace (EBA), LLC
vmoody@goulstonstorrs.com

Glenn D Moses, Esq on behalf of Creditor 400 East 62nd Properties, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-
law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-
law.com

Patrick M Mosley, Esq. on behalf of Creditor Nick's Metal Fabricating & Sons Inc.
pmosley@hwhlaw.com, telam@hwhlaw.com

Rachel Nanes on behalf of Creditor HCP III Arlington TS LLC

rachel.nanes@dlapiper.com,
Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com;rachel-nanes-
6543@ecf.pacerpro.com

Michael A. Nardella on behalf of Creditor Comprehensive Energy Services, Inc.
mnardella@nardellalaw.com, service@nardellalaw.com;klynch@nardellalaw.com

Kevin S Neiman on behalf of Creditor NWWP LP
kevin@ksnpc.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Omni Agent Solutions (Cashman)
ccashman@omniagnt.com, 3606531420@filings.docketbird.com

Jimmy D. Parrish on behalf of Creditor GLL BVK Properties Brookhaven, L.P.
jparrish@bakerlaw.com,
orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com;egreen@bakerlaw.com

Kristen N Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Stephen B Porterfield, Esq on behalf of Creditor Cobb Lakeside, LLC and Cobb
Theaters III, LLC
sporterfield@sirote.com

Leanne McKnight Prendergast, Esq on behalf of Interested Party Georgia Power
Company
Leanne.Prendergast@fisherbroyles.com, l3annemp@gmail.com

Anthony Princi on behalf of Creditor Paragon Entertainment Holdings, LLC
anthonyprinci3rd@gmail.com

Jordan L Rappaport, Esq on behalf of Creditor AIR SOUTH MECHANICAL, INC.
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray, Esq. on behalf of Creditor Dell Marketing, L.P.

dray@draypa.com,
draycmecf@gmail.com;sramirez.dar@gmail.com;drabrams620@gmail.com

Ryan C Reinert on behalf of Creditor GT RP Halcyon, LLC
rreinert@shutts.com, juanitasanchez@shutts.com

Edwin G. Rice on behalf of Creditor Entertainment Supply & Technologies, LLC
erice@babc.com, ddecker@babc.com;dmills@babc.com;erice@ecf.courtdrive.com

Brian G Rich on behalf of Attorney GUC Claims Trustee of the GUC Claims Trust
brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;rperez@bergersingerman.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Alan R Rosenberg on behalf of Respondent 1025 W. Addison Street Apartments
Owner, LLC
arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.c
om

David L Rosendorf, Esq on behalf of Creditor NWWP LP
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Amelia Toy Rudolph on behalf of Creditor Fuqua BCDC Peachtree Corners Project
Owner, LLC
amyrudolph@eversheds-sutherland.com, danielkent@eversheds-sutherland.com;amy-
rudolph-1418@ecf.pacerpro.com

Jay Sakalo, Esq. on behalf of Interested Party BBVA Bancomer S.A.,Institucion de
Banca Multiple, Grupo Financiero BBVA Bancomer, in its capacity as Administrative
Agent
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Mark A Salzberg on behalf of Interested Party NAB-CDI, LLC, a Michigan LLC, dba
CDITech
mark.salzberg@squirepb.com,
shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-
2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Michael D. Seese, Esq. on behalf of Creditor SCGK Inc.
mseese@seeselaw.com, sseward@seeselaw.com

Paul Steven Singerman, Esq on behalf of Attorney The Official Committee of
Unsecured Creditors of CB Theater Experience LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jason Slatkin, Esq. on behalf of Creditor Ecolab, Inc.
jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

David R. Softness on behalf of Creditor Dolphin Mall Associates LLC
david@softnesslaw.com

Scott A Stichter on behalf of Creditor Proctor Equipment Company
sstichter.ecf@srbp.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services L.L.C.
streusand@slollp.com, villa@slollp.com

Patricia B Tomasco on behalf of Debtor CB Theater Experience LLC
pattytomasco@quinnemanuel.com,
barbarahowell@quinnemanuel.com;cristinazuniga@quinnemanuel.com;serafinaconca
nnon@quinnemanuel.com;joannacaytas@quinnemanuel.com;cristinagreen@quinnem
anuel.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com

Jason A. Weber, Esq. on behalf of Creditor Cobb Lakeside, LLC
jaw@tblaw.com, aravix@tblaw.com;dbissoondatt@tblaw.com

Edmund S Whitson, III on behalf of Interested Party Commonwealth Edison
Company
edmund.whitson@arlaw.com, madeline.algarin@arlaw.com

Gillian D Williston on behalf of Creditor Liberty Center LLC
gillian.williston@troutman.com,
fslecfintake@troutman.com;ethan.ostroff@troutman.com;richard.hagerty@troutman.c
om;carter.nichols@troutman.com;christina.lesko@troutman.com;virginia.flynn@trout
man.com;matthew.brooks@troutman.com;nathan.deloatch@trou

George L. Zinkler on behalf of Creditor De Lage Landen Financial Services, Inc.
gzinkler.ecf@rprslaw.com