

ORDERED in the Southern District of Florida on October 26, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC. | Case No. 20-14696-LMI |
| Reorganized Debtor | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No. 276]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that R. Campbell Hillyer, Esq. ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for MOAC Mall Holdings, LLC ("Client") in this case and in each

1

adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>David L. Rosendorf
>Kozyak Tropin & Throckmorton, LLP
>2525 Ponce de Leon Boulevard, 9th Floor
>Coral Gables, FL 33134
>Tel:    (305) 372-1800
>Email: dlr@kttlaw.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s). If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

# # #

**SUBMITTED BY:**

David L. Rosendorf
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL 33134
Tel:     (305) 372-1800
Email: dlr@kttlaw.com
Counsel for MOAC Mall Holdings, LLC

**COPIES FURNISHED TO:**

David L. Rosendorf, who shall serve copies on all interested parties and file a certificate of service.