UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  Chapter 11

                                                                                              Case No. 20-14696-BKC-LMI

CINEMEX HOLDINGS, USA, INC.,

                                                                                              (Formerly Jointly Administered Under
                                                                                              Lead Case: Cinemex USA Real Estate
              Reorganized Debtor.                                         Holdings, Inc., Case No. 20-14695-LMI)
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING AND FROM NOTICING AGENT

PLEASE TAKE NOTICE that, pursuant to Rule 2091-1(A) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Florida, **Jerry M. Markowitz and Markowitz, Ringel, Trusty & Hartog, P.A.** hereby withdraws their appearance as counsel to Respondent, 1025 W. Addison Street Apartments Owner, LLC in the above-captioned bankruptcy case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of Florida, Miami Division, and any claims or noticing agent appointed in this case, remove them from the electronic and paper noticing matrix for the above-captioned case.

Dated: October 27, 2021                    Respectfully submitted,

                                                                **MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
                                                                Two Datran Center, Suite 1800
                                                                9130 South Dadeland Boulevard
                                                                Miami, Florida  33156-7815
                                                                Phone: (305) 670-5000 //  Fax: (305) 670-5011

                                                                By:  */s/ Jerry M. Markowitz*
                                                                         JERRY M. MARKOWITZ
                                                                         Florida Bar No. 182420
                                                                         jmarkowitz@mrthlaw.com
                                                                         ALAN R. ROSENBERG
                                                                         Florida Bar No. 92004
                                                                         arosenberg@mrthlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Withdrawal of Appearance* was served by electronic mail via the Court's CM/ECF notification to all counsel of record and interested parties registered to receive electronic noticing in this case and via U.S. Mail to the 1025 W. Addison Apartments Owner, LLC c/o Jason S. Olt, President, Bucksbaum Retail Properties, LLC, 71 S Wacker Drive, Suite 2130, Chicago, IL 60606 on October 27, 2021.

By: */s/ Jerry M. Markowitz*
JERRY M. MARKOWITZ