UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Chapter 11

                                                                    Case No. 20-14696-BKC-LMI

**CINEMEX HOLDINGS, USA, INC.,**
                                                                    (Formerly Jointly Administered Under
                                                                    Lead Case: Cinemex USA Real Estate
         Reorganized Debtor.                                        Holdings, Inc., Case No. 20-14695-LMI)
_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST
FOR REMOVAL FROM ELECTRONIC NOTICING AND FROM NOTICING AGENT**

PLEASE TAKE NOTICE that, pursuant to Rule 2091-1(A) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Florida**, Alan R. Rosenberg and Markowitz, Ringel, Trusty & Hartog, P.A.** hereby withdraws their appearance as counsel to Respondent, 1025 W. Addison Street Apartments Owner, LLC in the above-captioned bankruptcy case.  The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of Florida, Miami Division, and any claims or noticing agent appointed in this case, remove them from the electronic and paper noticing matrix for the above-captioned case.

Dated:  October 27, 2021            Respectfully submitted,

                                    **MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
                                    101 NE Third Avenue, Suite 1210
                                    Fort Lauderdale, Florida 33301
                                    Phone: (954) 767-0030
                                    Fax: (954) 767-0035

                                    By:  */s/ Alan R. Rosenberg*
                                         JERRY M. MARKOWITZ
                                         Florida Bar No. 182420
                                         jmarkowitz@mrthlaw.com
                                         ALAN R. ROSENBERG
                                         Florida Bar No. 92004
                                         arosenberg@mrthlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Withdrawal of Appearance* was served by electronic mail via the Court's CM/ECF notification to all counsel of record and interested parties registered to receive electronic noticing in this case and via U.S. Mail to the 1025 W. Addison Apartments Owner, LLC c/o Jason S. Olt, President, Bucksbaum Retail Properties, LLC, 71 S Wacker Drive, Suite 2130, Chicago, IL  60606 on  October 27, 2021.

By*:  /s/ Alan R. Rosenberg*
ALAN R. ROSENBERG