UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

**REORGANIZED DEBTOR'S *EX PARTE* MOTION FOR LEAVE TO FILE, UNDER SEAL, AN UNREDACTED VERSION OF (I) THE REORGANIZED DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS THAT MOAC MALL HOLDINGS LLC IMPROPERLY WITHHELD AS PRIVILEGED AND TO COMPEL DEPONENT TESTIMONY AND (II) CERTAIN EXHIBITS**

Cinemex Holdings USA, Inc. (the "Reorganized Debtor") by and through its undersigned counsel, respectfully submits this *Ex Parte* Motion for Leave to File, Under Seal, an Unredacted Version of (I) the Reorganized Debtor's Motion to Compel Production of Documents that MOAC Mall Holdings LLC Improperly Withheld as Privileged and to Compel Deponent Testimony and (II) Certain Exhibits (this "Motion"), and states as follows:

1.  On January 7, 2022, the Reorganized Debtor filed a redacted version of the Reorganized Debtor's Motion to Compel Production of Documents that MOAC Mall Holdings LLC Improperly Withheld as Privileged and to Compel Deponent Testimony (the "Motion to Compel").  *See* ECF No. 373.

09923-00001/13146971.1

2.      Attached to the Motion to Compel is the Declaration of Serafina Concannon (the "Declaration").  Among other things, included as exhibits to the Declaration are copies of excerpts from deposition transcripts referenced in the Motion to Compel (Exhibits G, H, and I).

3.      The Reorganized Debtor has cited to the deposition transcripts in the Motion to Compel and has included copies of excerpts from the deposition transcripts as exhibits to the Declaration.  Pursuant to the Confidentiality Agreement and Stipulated Protective Order entered in these cases (Case No. 20-14695, ECF No. 288) (the "Protective Order"), opposing counsel has 15 days to designate the transcripts as confidential.  *See* ECF No. 288 at ¶ 4.  As of the date of the filing of this Motion, the 15 day time period has not lapsed.

4.      The Protective Order provides that "[a]ny Party who receives from another Party any 'Discovery Material' (e.g., information . . . including but not limited to . . . discovery conducted in this Case or a related Contested Matter or Adversary Proceeding . . .) that is designated as 'Confidential' or 'Highly Confidential' . . . pursuant to the terms of this Order shall not disclose such Protected Information to anyone else except as expressly permitted hereunder or as provided by such order as may be issued by the Court during the course of this Case or a related Contested Matter or Adversary Proceeding."  Case 20-14695, ECF No. 288 at ¶ 1.

5.      Rule 5005-1(A)(4) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules") provides, in part, that documents may only be filed under seal with leave of the Court.  The Published Procedures for Filing Documents Under Seal likewise require motion for leave to file a document under seal.

6. Local Rule 9070-1(a)(4) states that exhibits submitted for filing must comply with the federal judiciary privacy policy and Local Rule 5005-1(A)(2)(a), which codifies compliance with federal judiciary privacy policy.

**WHEREFORE**, the Reorganized Debtor respectfully requests that the Court enter an order granting this Motion and the Reorganized Debtor leave to file, under seal, an unredacted version of the Motion to Compel, and to file, under seal, Exhibits G, H, and I to the Declaration, as well as grant any other and further relief that the Court may deem just and proper.

Respectfully submitted this 7th day of January, 2022.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        Patricia B. Tomasco (admitted *pro hac vice*)
        Joanna D. Caytas (admitted *pro hac vice*)
        711 Louisiana Street, Suite 500
        Houston, Texas 77002
        Telephone: 713-221-7000
        Facsimile: 713-221-7100
        Email: pattytomasco@quinnemanuel.com

        By: /s/ *Patricia B. Tomasco*
            Patricia B. Tomasco (admitted *pro hac vice*)

        -and-

        Juan P. Morillo (FBN 135933)
        Serafina Concannon (admitted *pro hac vice*)
        1300 I Street, NW, Suite 900
        Washington, D.C. 20005
        Telephone: 202-538-8000
        Facsimile: 202-538-8100
        Email: juanmorillo@quinnemanuel.com

        -and-

        BAST AMRON LLP

        Jeffrey P. Bast (FBN 996343)
        Brett M. Amron (FBN 148342)
        One Southeast Third Avenue, Suite 1400
        Sun Trust International Center
        Miami, Florida 33131
        Telephone: 305-379-7904
        Facsimile: 305-379-7905
        Email: jbast@bastamron.com
        Email: bamron@bastamron.com

        **COUNSEL FOR CINEMEX HOLDINGS USA, INC.**