UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

**ORDER GRANTING THE REORGANIZED DEBTOR'S *EX PARTE* MOTION FOR LEAVE TO FILE, UNDER SEAL, AN UNREDACTED VERSION OF (I) THE REORGANIZED DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS THAT MOAC MALL HOLDINGS LLC IMPROPERLY WITHHELD AS PRIVILEGED AND TO COMPEL <u>DEPONENT TESTIMONY AND (II) CERTAIN EXHIBITS</u>**

THIS CAUSE came before the Court, without hearing, upon the Reorganized Debtor's *Ex Parte* Motion for Leave to File, Under Seal, an Unredacted Version of (I) the Reorganized Debtor's

Motion to Compel Production of Documents that MOAC Mall Holdings LLC Improperly Withheld as Privileged and to Compel Deponent Testimony and (II) Certain Exhibits (the "Motion") (ECF No. ____).

Having considered the Motion, finding good and sufficient cause in support of the relief requested, and being otherwise fully advised in the premises, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Reorganized Debtor is authorized to file, under seal, an unredacted version of the Motion to Compel and certain exhibits to the Declaration.

3. The unredacted version of the Motion to Compel and certain exhibits attached to the Declaration thereto shall be maintained under seal even after the administrative closing of this case; provided, however, any party in interest has the right to seek leave of the Court to have the unredacted version of the Motion to Compel and certain exhibits to the Declaration thereto unsealed subject to the right of the Reorganized Debtor and MOAC Mall Holdings LLC or any other party to oppose such request.

4. The Court retains jurisdiction to interpret and enforce the terms of this Order.

###

Order submitted by:

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Email: pattytomasco@quinnemanuel.com

Copies to:

*Attorney Patricia B. Tomasco, who shall serve interested parties and file a certificate of service reflecting same.*