**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourt.gov

**COVER SHEET TO ACCOMPANY ITEMS CONVENTIONALLY**
**SUBMITTED FOR SEALING OR IN CAMERA REVIEW**

**INSTRUCTIONS:** Items I through III must be completed by the party filer submitting an item for sealing or review. See Local Rule 5005-1(A)(4). Conventionally filed documents must be placed in a securely sealed envelope clearly marked with the warning **DOCUMENT UNDER SEAL**. Compliance with this provision is required.

**I.    CASE INFORMATION:**

Case Number: 20-14696-LMI            Chapter: 11

Name of Bankruptcy Case or Adversary Proceeding: Cinemex Holdings USA, Inc.

**II.    FILING INFORMATION:**

Name of Filing Party: Quinn Emanuel Urquhart & Sullivan, LLP

Address of Filing Party: 711 Louisiana, Suite 500, Houston, Texas 77002

Phone Number of Filing Party: 713-221-7000

Filed on behalf of: Cinemex Holdings USA, Inc.

**III.    TYPE OF SUBMISSION (check all that apply):**

☑    Sealed Document with:    ☑ Unsealed Motion to Seal    ☐ Sealed Motion to Seal

☐    Sealed Document pursuant to court order entered on: _____
     Docket Entry #_____

[If conventionally filed, must attach a copy of order authorizing sealing, unless order is sealed]

☐    In Camera (Judicial) Review

LF-72 (rev. 02/01/20)