

ORDERED in the Southern District of Florida on March 1, 2022.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| IN RE:<br><br>CINEMEX HOLDINGS USA, INC.<br><br>Reorganized Debtors. | CHAPTER 11<br><br>CASE NO. 20-14696-LMI |
|---|---|

## ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR PARTIAL RECONSIDERATION OF ORDER REGARDING THE KHAN PARTIES' REQUEST THAT THE COURT'S MEMORANDUM OPINION (ECF #244) REMAIN UNDER SEAL (ECF NO. 307), OR, IN THE ALTERNATIVE, (B) MOTION TO REDACT CERTAIN COMMERCIAL INFORMATION

THIS CAUSE came before the Court on January 6, 2022 at 9:30 a.m. upon the scheduled hearing (the "Hearing") on (1) the *Motion for Partial Reconsideration of Order Regarding the Khan Parties' Request That The Court's Memorandum Opinion (ECF #244) Remain Under Seal, or, in the alternative, (b) Motion to Redact Certain Commercial Information* (ECF #330) (the

1

"Motion"), filed by Omar Khan, S.C.G.C Inc., SCGM Inc., SCG-B Inc., SCG-VP Inc., District Theaters, Inc., SCG-WR LLC, SCG-CS Inc., SCGK Inc., SCG-SW Inc., SCG-WL Inc. and SCG-N Inc. (collectively, the "Khan Parties"), (2) the *Reorganized Debtors' Response to the Khan Parties (A) Motion for Partial Reconsideration of Order Regarding the Khan Parties' Request That The Court's Memorandum Opinion (ECF #244) Remain Under Seal, or, in the alternative, (b) Motion to Redact Certain Commercial Information* (ECF #364) (the "Response"), and (3) the *Khan Parties' Surreply to the Reorganized Debtors' Response to the Khan Parties (A) Motion for Partial Reconsideration of Order Regarding the Khan Parties' Request That The Court's Memorandum Opinion (ECF #244) Remain Under Seal, or, in the alternative, (b) Motion to Redact Certain Commercial Information* (ECF #364) (the "Reply"). The Court, having considered the Motion, Response, and Reply, having heard the arguments of counsel, being otherwise fully advised in the premises, and for the reasons stated on the record of the Hearing, it is

**ORDERED** as follows:

1. The Motion is GRANTED, in part, and DENIED, in part, as provided herein.

2. The following exhibits shall remain sealed in perpetuity: (a) Khan Parties' Exhibits 38, 53, 79-97, 107, and 111; and (b) Debtors' Exhibits 90, 91, 95, 101, 104, 112, 136, 147, 152, 183, and 223.

3. The following exhibits shall be unsealed on April 1, 2022: (a) Debtors' Exhibits 30, 38, 49, 51, 52, 98, 107, 108, 153, 155, 156, 181, 182, 194, 205 and 206, and (b) Khan Parties' Exhibits 14, 24, 25, 37, 58, 108, 110, and 112.

4. The Khan Parties and the Debtor shall confer in order to redact the following exhibits: (a) Debtors' Exhibits 157, 209, and 210, and (b) Khan Parties Exhibits 54, 55, 56, and 57. Following redaction, the redacted exhibits shall be unsealed on April 1, 2022.

5. In the event of any inconsistency between this Order and the Court's *Order Regarding the Khan Parties' Request that the Court's Memorandum Opinion (ECF #244) Remain Under Seal* (ECF #307), this Order shall govern.

6. The Court retains jurisdiction to interpret and enforce the terms of this Order.

### 

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 NE 3rd Avenue, Suite 1270
Ft. Lauderdale, FL  33301
Phone#:  (954) 745-5897
mseese@seeselaw.com


Copies to:
Michael D. Seese, Esq. is directed to serve a copy of this order upon all interested parties.