UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



IN RE:

Chapter 11

CINEMEX HOLDINGS USA, INC.,

CASE NO. 20-14696-LMI

(Formerly Jointly Administered
UnderLead Case: Cinemex
USA Real Estate Holdings,
Inc., Case No. 20-14695-LMI)

Debtor.

_____/

**SHERMAN TEDDY WILLIAMS'S RESPONSE TO ORDER SUSTAINING**

**OBJECTION OF GUC CLAIMS TRUST TO CLAIM NO. 6-1 FILED BY**

**SHERMAN TEDDY WILLIAMS**

Sherman Teddy Williams ("Claimant") pro se hereby responds to the
ORDER SUSTAINING OBJECTION OF GUC CLAIMS TRUST TO
CLAIM NO. 6-1 FILED BY SHERMAN TEDDY WILLIAMS

1

In support hereof, Claimant respectfully states as follows:

1. Claimant would like to apologize to the court for not submitting requested documents in an effort to receive clarification from the Florida Commission on Human Relations by the date of December 2, 2022.

2. On October 26, 2022 claimant received an email from Janette Diaz - Paralegal for Berger Singerman. Claimant was informed via email by Janette Diaz that the date of December 14, 2022 a hearing would be in session.

3. On October 29, 2022 claimant did not receive via email the court filing of Certificate of Notice stating claimant had until Dec 2, 2022 to submit documents showing clarification to the court.

4. Claimant does not have an official mailing address to receive mail. The mailing address that is on file with the court is a General Delivery Address at the local Postal Office. The best form of communication is via email for the claimant to respond to the court and Cinemex counsel on this claim.

5. Claimant is informing the court that Mr. Williams will be on time submitting all new filings and responding in a timely fashion as this case goes on.

## RESPONSE TO ORDER SUSTAINING OBJECTION OF GUC CLAIMS TRUST TO CLAIM NO. 6-1 FILED BY SHERMAN TEDDY WILLIAMS

6. October 14, 2020, claimant was issued a Notice of Determination by the Florida Commission on Human Relations. From after the date of October 14, 2020 into the dates of November 2020, Claimant contacted The Florida Commission on Human Relations several times via email and called requesting an appeal to the Notice of Determination.

Claimant has requested all public records of communication from the Florida Commission on Human Relations from October 2020 thru December 2020 for the court to add clarification on this claim. This public records search will have supporting documents showing the court the proper evidence needed to overturn this new ORDER SUSTAINING OBJECTION OF GUC CLAIMS TRUST TO CLAIM NO. 6-1 FILED BY SHERMAN TEDDY WILLIAMS

7. On Oct 27, 2022, Mr. Williams contacted Lori J. Van Riper, Chief of Investigations Office of Inspector General from the Florida Department of Management Services to file a complaint to further investigate his case with the Florida Commission on Human Relations.

Claimant has uploaded email from Florida Department of Management Services to show the court for clarification, a copy of which is attached hereto as Exhibit 1

8. On Oct 28, 2022 the claimant received an email from the Office of the Inspector General Florida Department of Management Services.

Claimant has uploaded email from Florida Department of Management Services to show the court for clarification, a copy of which is attached hereto as Exhibit 2

9. The complaint number listed as RE: OIG Case Number 2023.47. In this email Mr. Williams was notified that the Office of Inspector General referred his concerns and supporting documentation to the Executive Director of the Florida Commission on Human Relations for consideration and action as deemed appropriate.

10. The Florida Commission on Human Relations Executive Director Cheyanne Costilla only contacted Mr. Williams on the date of December 8, 2022. After Mr. Williams filed an additional complaint with the Governor Office of Ron DeSantis. From the dates of October 28, 2022 to December 8, 2022, Mr. Williams could not get proper clarification from the Florida Commission on Human Relations.

Claimant has uploaded email from Florida Commission on Human Relations to show the court for clarification, a copy of which is attached hereto as Exhibit 3

11. Mr. Williams has used all correct avenues to resolve this matter in a timely fashion with the Florida Commission on Human Relations.

12. Mr. Williams would like to inform the court that the Governor Office of Ron DeSantis and the Department of Justice is now investigating this case.

13. The Covid - 19 crisis causes Cinemex to go into bankruptcy, if the Covid - 19 crisis never happened. Cinemex would have paid Mr. Williams a fair settlement amount during the course of a mediation meeting offered by the Florida Commission on Human Relations.

14. On Nov 12, 2020 Jessica DeBono Anderson from the law firm Cole, Scott & Kissane P.A. offered Mr. Williams a settlement to resolve this matter.

15. Mr. Williams appreciates the court's patience as this ongoing investigation continues. By January 31 of 2023, Mr. Williams will have full knowledge of his case to submit to the court.

WHEREFORE, for all of the foregoing reasons, Claimant, Sherman Teddy Williams respectfully requests the court to overturn the ORDER SUSTAINING OBJECTION OF GUC CLAIMS TRUST TO CLAIM NO. 6-1 FILED BY SHERMAN TEDDY WILLIAMS and claimant request to the court to have all such claims in the full amounts provided in Claimant's Proof of Claim to be paid in full which grants such other relief as the Court deems just and equitable.

Date: Dec 29, 2022                              Respectfully submitted,


                                      __Sherman Teddy Williams____
                                      By:/s/ Sherman TeddyWilliams

                                      Sherman Teddy Williams
                                      3135 1ST AVE N
                                      SAINT PETERSBURG,FL 33730-9998
                                      Telephone: 305-988-2322
                                      Email:swjob2013@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              Chapter 11

CINEMEX HOLDINGS USA, INC.,                         CASE NO. 20-14696-LMI

                                                    (Formerly Jointly Administered
                                                    UnderLead Case: Cinemex
                                                    USA Real Estate Holdings,
                                                    Inc., Case No. 20-14695-LMI)

## DECLARATION OF SHERMAN TEDDY WILLIAMS

I, Sherman Teddy Williams, hereby declare under the penalty of perjury as
follows: 1. I am an adult individual, and am the claimant who filed the
proof of claim that is at issue in the Debtor's ORDER SUSTAINING
OBJECTION OF GUC CLAIMS TRUST TO CLAIM NO. 6-1 FILED
BY SHERMAN TEDDY WILLIAMS to Sherman Teddy Williams Proof
of Claim.

2. I make this declaration based upon my personal knowledge.

3. The facts set forth in the foregoing Sherman Teddy Williams's Response to
the court and Debtor's ORDER SUSTAINING OBJECTION OF GUC
CLAIMS TRUST TO CLAIM NO. 6-1 FILED BY SHERMAN TEDDY
WILLIAMS  (the "Response") are true and correct.

4. The documents attached as exhibits to the foregoing Response, as well as to
the filed proof of claim, are true and correct copies of the documents attached
thereto. I declare under penalty of perjury that the foregoing is true and correct to
the best of my knowledge, information, and belief.

_____Sherman Teddy Williams_____

**SHERMAN TEDDY WILLIAMS**

6

## CERTIFICATE OF SERVICE

I, Sherman Teddy Williams, hereby certify that on this 29th day of December, 2022.

I caused a true and correct copy of Sherman Teddy Williams's Response to

Debtor's ORDER SUSTAINING OBJECTION OF GUC CLAIMS TRUST TO

CLAIM NO. 6-1 FILED BY SHERMAN TEDDY WILLIAMS to be served via

email and regular mail upon the following: GUC Claims Trust, Brian Rich, Esq.,

Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131

Date: Dec 29, 2022                     __Sherman Teddy Williams__
                                       By:/s/ Sherman TeddyWilliams

                                       Sherman Teddy Williams
                                       3135 1ST AVE N
                                       SAINT PETERSBURG,FL 33730-9998
                                       Telephone: 305-988-2322
                                       Email:swjob2013@gmail.com

**EXHIBIT 1**

Good Afternoon Mr. Williams:

Please let us know a time that you will be available for one of our Investigator's to call you back.  We have tired calling one time but understand you requested an email first to confirm a time we may reach you at 305-988-2322.  We look forward to hearing from you.

Respectfully,
Lori VR

Lori J. Van Riper
Chief of Investigations
Office of Inspector General
850-487-9881 (office)
Florida Department of Management Services
**We Serve Those Who Serve Florida**



*How Are We Doing? Click Here to Take the DMS Customer Satisfaction Survey*

**EXHIBIT 2**

RE: OIG Case Number 2023.47

Dear Mr. Williams:

The Florida Department of Management Services (DMS), Office of Inspector General (OIG), received your complaint regarding the Florida Commission on Human Relations (FCHR) and your inability to receive documents related to your case with FCHR. After review, we have determined your concerns are not under the jurisdiction of the DMS OIG, nor do we have access to the requested information.

However, we have referred your concerns and supporting documentation to the Executive Director of the FCHR for consideration and action as deemed appropriate.

Thank you for bringing this matter to our attention.

Sincerely,

Office of the Inspector General

Florida Department of Management Services

**We Serve Those Who Serve Florida**



*How Are We Doing? Click Here to Take the DMS Customer Satisfaction Survey*

**EXHIBIT 3**

Good afternoon,

I was advised that you received a link to receive a copy of your case file. Were you able to access it? This complaint was closed in 2020, so there is no further action the FCHR will take in this matter. Additionally, I learned that you directed Ms. Richards to attend an upcoming hearing. Please be advised that FCHR staff do not attend hearings unless served with a proper subpoena.

Sincerely,
Cheyanne Costilla

**Cheyanne Costilla, Esquire**
Executive Director
Florida Commission on Human Relations
4075 Esplanade Way, Room 110
Tallahassee, FL 32399
Phone: (850) 907-6788
Fax: (850) 487-1007

*United in One Goal: Equal Opportunity and Mutual Respect*



*Correspondence made or received in connection with the transaction of official business by a state agency, unless exempt or made confidential by law, is considered a public record and may be subject to disclosure upon request.*

---

**From:** Shaun Williams <swjob2013@gmail.com>
**Sent:** Wednesday, December 7, 2022 11:22 AM
**To:** Snipes, Casey <Casey.Snipes@fchr.myflorida.com>
**Subject:** Fwd: DMS OIG 2023.47 Complaint Response

I need a letter from the director. She never contacted me.

---------- Forwarded message ---------
From: **IG.Complaints** <IG.Complaints@dms.fl.gov>
Date: Fri, Oct 28, 2022 at 3:41 PM
Subject: DMS OIG 2023.47 Complaint Response
To: Shaun Williams <swjob2013@gmail.com>


October 28, 2022



Sherman Williams

swjob2013@gmail.com